```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE J02-0011--CV (JWS)
                "ANTHONY MORAN V CARL AASE ET AL"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 05/06/02
            Closed: 01/16/04

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (2) Citizen of Another State

    Nature of Suit: (190) Other contract actions
                    28 USC 1332(A)
            Origin: (1) Original Proceeding
            Demand: 637
        Filing fee: Paid $150.00 on 05/06/02 receipt # 10096575
          Trial by: Court
```

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1      MORAN, ANTHONY | Bruce B. Weyhrauch<br>114 S. Franklin, Suite 200<br>Juneau, AK 99801<br>907-463-5566<br>FAX 907-463-5858 |
| DEF 1.1   [T] AASE, CARL | Shane C. Carew<br>Carew Law Office<br>5450 California Avenue SW<br>Suite 101<br>Seattle, WA 98136<br>206-587-0590<br>FAX 206-587-2388 |
| DEF 2.1      NATIONAL PARK SERVICE, DEPT OF INTERIOR | Audrey J. Renschen<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE J02-0011--CV (JWS)
                              "ANTHONY MORAN V CARL AASE ET AL"

                                     For all filing dates
```

```
 Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 05/06/02
           Closed: 01/16/04

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (2) Citizen of Another State

   Nature of Suit: (190) Other contract actions
                   28 USC 1332(A)
           Origin: (1) Original Proceeding
           Demand: 637
       Filing fee: Paid $150.00 on 05/06/02 receipt # 10096575
         Trial by: Court
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 05/06/02 | Complaint filed; Summons issued. |
| 2 - 1 | 06/06/02 | PLF 1 Return of Service Executed 5/29/02. |
| 3 - 1 | 07/05/02 | PLF 1 motion for entry of default w/att memo. |
| 4 - 1 | 07/18/02 | Clerk's Notice denying motion for entry of default (3-1) for failure to comply w/FRCvP 4(a). cc: cnsl |
| 5 - 1 | 08/08/02 | JWS Minute Order that plf shall promptly perfect svc and file proof; failure to do so w/i 120 days will result in dismissal of this action. cc: cnsl |
| 6 - 1 | 08/21/02 | PLF 1 motion for status conference. |
| 7 - 1 | 08/29/02 | JWS Order granting motion for status conference (6-1); telephonic hrg set 9/10/02 at 8:00 a.m. at Anchorage. cc: cnsl |
| 8 - 1 | 09/10/02 | JWS Court Minutes [ECR: Elisa Singleton] re: stat conf held 9/10/02 re: svc of def; plf oral mot to amend cmplt granted; cnsl to file amended cmplt and mot to serve def by publication as quickly as possible. cc: cnsl |
| NOTE - 1 | 09/11/02 | Issued: Summons for D-1, D-2. |
| 9 - 1 | 09/11/02 | PLF 1 Notice of filing amended complaint. |
| 10 - 1 | 09/11/02 | PLF 1 [First Amended] Complaint. |
| 11 - 1 | 09/13/02 | PLF 1 motion to serve defendant Aase by publication. |
| 12 - 1 | 09/25/02 | PLF 1 Return of Service Executed 9/13/02 on D-2, USA, US Atty Gen. |
| 13 - 1 | 09/26/02 | JWS Order granting motion to serve defendant Aase by publication (11-1). cc: cnsl |
| 14 - 1 | 10/30/02 | JWS Minute Order re: plf is warned that his claims against def Aase will be dismissed without prejudice if proof of service is not filed by |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE J02-0011--CV (JWS)
                         "ANTHONY MORAN V CARL AASE ET AL"

                              For all filing dates

Document #   Filed       Docket text
----------   -----       -----------
                         11/22/02.  cc: cnsl

  15 -   1   11/12/02    PLF 1 [Notice of Proof of Service by publication.

  16 -   1   11/12/02    DEF 2 Unopposed motion to enlarge time to 12/16/02 to respond to answer
                         or otherwise respond to the complaint.

  16 -   2   11/14/02    JWS Order granting unopposed motion to enlarge time to 12/16/02 to
                         respond to answer or respond to the complaint (16-1).  cc: cnsl

  17 -   1   11/25/02    PLF 1 motion for entry of default re: D-1 w/att memorandum.

  18 -   1   12/03/02    Clerk's Notice granting mot for entry of dft re: DEF 1 (17-1); dft on
                         DEF 1 entered. cc: cnsl, C. Aase

  19 -   1   12/16/02    DEF 2 Answer to Complaint.

  20 -   1   12/18/02    JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 28 days. cc: cnsl

  21 -   1   01/10/03    PLF 1 Response to 12/18/02 Order at 20-1 re: 26(f) meeting w/discovery
                         to close 3/13/03.

  22 -   1   01/23/03    JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                         03/14/03; Disp mots ddln 04/14/03; 1 day TBC estimate. cc: cnsl

  23 -   1   02/03/03    PLF 1 motion for default judgment w/att memorandum and exhs.

  24 -   1   02/14/03    PLF 1 Witness List.

  25 -   1   02/28/03    JWS Order granting mot for dft judg (23-1); plf shall submit prop judg
                         forthwith. cc: cnsl

  26 -   1   03/04/03    PLF 1 Response to Order at 25-1 w/proposed judgment form.

  27 -   1   03/18/03    JWS Judgment that plf entitled to judg against DEF 1 in that plf has a
                         right to all funds from US Park Service that meet certain criteria. cc:
                         cnsl, O&J

  28 -   1   03/24/03    DEF 2 Amended Answer and Counterclaim w/att exhs.

  28 -   2   03/24/03    DEF 2 Crossclaim for Interpleader w/att exhs.

  29 -   1   03/28/03    PLF 1 Answer to Counterclaim.

  30 -   1   04/09/03    DEF 1 Answer to Amended Complaint and Answer to Cross-Claim.

  31 -   1   04/11/03    DEF 1 motion to set aside default and default judgment w/att memo, affs
                         and exhs.

  32 -   1   04/11/03    DEF 1 Answer (1st Amended) to Amended Cmplt and ans to cross-clm.

  33 -   1   04/28/03    PLF 1 opposition to DEF 1 motion to set aside default and default
                         judgment w/att exhs. (31-1)

  34 -   1   05/27/03    DEF 1 reply to opposition to DEF 1 motion to set aside default and
                         default judgment w/att exhs. (31-1)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE J02-0011--CV (JWS)
                              "ANTHONY MORAN V CARL AASE ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 35 - 1 | 06/16/03 | JWS Order denying mot to set aside default and default judg (31-1). cc: cnsl |
| 36 - 1 | 06/19/03 | JWS Minute Order that parties to file status report re any remaining issues in case by 7/11/03. cc: cnsl |
| 37 - 1 | 07/11/03 | PLF 1; DEF 1-2 Joint Status Report. |
| 38 - 1 | 07/14/03 | JWS Order re: lost tanner crab pot permit value; DEF 2 to pay $11,763.89 to DEF 1 for lost tanner crab pot permit value. cc: cnsl |
| 39 - 1 | 07/14/03 | JWS Minute Order that by 9/2/03 DEF 1 file papers showing good cause why crt shouldn't enter judg requiring DEF 2 to pay $581,739.08 to plf or file closing papers. cc: cnsl |
| 40 - 1 | 09/02/03 | DEF 1 Response to 7/14/03 Order at 39-1 re settlement meeting and reply to show cause order w/att decls and exhs. |
| 41 - 1 | 09/08/03 | JWS Minute Order that crt will not entertain further req to set aside dft at dkt 40; prop form of judg to be lodged by 10/10/03. cc: cnsl |
| 42 - 1 | 09/25/03 | DEF 2 Attorney Substitution of Audrey Renschen (AUSA) for Mark Rosenbaum (AUSA). |
| 43 - 1 | 10/10/03 | PLF 1 Response to 9/8/03 Order at 41-1 submitting proposed final judgment form for lodging. |
| 44 - 1 | 10/15/03 | JWS Final Judgment in favor of plf and against DEF 1 in the amount of $581,739.08; DEF 2 to pay $581,739.08 to crt registry to be held until appellate review of judg is final; USA dism w/prej and rlsd from liability to plf and DEF 1. cc: cnsl, Finance, O&J |
| 45 - 1 | 10/24/03 | PLF 1 motion for attorney fees w/att memorandum and exh. |
| 46 - 1 | 11/05/03 | DEF 1 opposition to PLF 1 motion for attorney fees. (45-1) |
| 47 - 1 | 11/07/03 | PLF 1 reply to opposition to PLF 1 motion for attorney fees. (45-1) |
| 47A- 1 | 11/13/03 | DEF 1 appeal to 9CCA of (44-1) filed 10/15/03. cc: cnsl, Judge, 9CCA w/CADS |
| 47B- 1 | 11/13/03 | DEF 1 Certificate that no transcript will be ordered re: notice of appeal (47A-1). |
| 48 - 1 | 11/17/03 | JWS Minute Order denying motion for attorney fees (45-1). cc: cnsl |
| NOTE - 2 | 11/21/03 | Transmittal: Forwarded notice of appeal (47A-1) to 9CCA. |
| 49 - 1 | 11/21/03 | Cy 9CCA Certificate of Record. (47A-1) cc: cnsl, 9CCA (orig) |
| 50 - 1 | 12/30/03 | JWS Minute Order that cnsl for govt file rpt re: stat of depositing $581,739.08 w/clk or paying to plf. cc: cnsl |
| 51 - 1 | 01/13/04 | DEF 2 motion for order directing clerk to invest $581,739.08 compensation in interest-bearing registry account of the court w/att exh. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE J02-0011--CV (JWS)
                         "ANTHONY MORAN V CARL AASE ET AL"

                                 For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 52 - 1 | 01/16/04 | JWS Order granting mot for ord directing clk to invest $581,739.08 compensation payment in interest-bearing registry account (51-1). cc: cnsl, Finance |
| 53 - 1 | 04/28/04 | Copy of Order from 9CCA the previou briefing schedule is amended as follows: appllellant shall file opening brief 4/15/04; appellee file answering brief 5/17/04; and appellant may file optional reply brief w/i 14 days from the svc date of the answering brief. (47A-1) cc:cnsl, Judge Sedwick |