FILED
DEC 1 2 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

Shane Carew, P.S.
5450 California Avenue S.W.
Suite 101
Seattle, WA 98136
206.587.0590

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA
## AT JUNEAU

ANTHONY MORAN,
  Plaintiff,

vs.

CARL AASE and DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE,
  Defendants

CASE NO. J02-011 CV (JWS)

**DEFENDANT ESTATE OF CARL AASE'S REQUEST FOR SCHEDULING CONFERENCE**

  The Ninth Circuit Court of Appeals issued a memorandum decision on August 30, 2005, remanding this matter back to this court.

  Carl Aase died on September 3, 2004. While this matter was on appeal, the Ninth Circuit substituted Angela Aase Elam, in her capacity as the administrator of the estate of Carl Aase. Angela Elam was appointed the Administrator of the Estate in the probate pending in the King County Superior Court for the State of Washington, No. 04-4-4757-6SEA.

  Carl Aase lodged a "First Amended Answer" on April 11, 2003. That has not been filed, as a result of the order of default. The government has

**DEF. REQ. SCHEDULE CONFERENCE - 1**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington 98136
Telephone: (206) 587-0590
Fax: (206) 587-2388

55

ORIGINAL

been dismissed. Presumably, since the funds are in the registry of the Court, the government will remain dismissed. The parties had stipulated to the distribution of the portion of the funds. The Estate must file an answer and affirmative defenses.

The parties must conduct a Rule 26(f) conference and provide one another initial disclosures.

Defendant requests a conference with the Court to obtain some guidance as to how the Court would prefer the parties to proceed on remand.

Dated this 7th day of December, 2005, at Seattle, Washington.

/s/ Shane C. Carew
Alaska Bar No. 9407067
Counsel for Defendant
Aase Estate

**DEF. REQ. SCHEDULE CONFERENCE - 2**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington 98136
Telephone: (206) 587-0590
Fax: (206) 587-2388

## CERTIFICATE OF MAILING

The undersigned certifies that on the 7th of December, 2005, a copy of the foregoing was mailed to the following:

Ms. Retta-Rae Randall
Assistant U.S. Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513
Attorney for Department of the Interior

Bruce Weyhrauch
114 S. Franklin St., Suite 200
Juneau, AK 99801
Attorney for Plaintiff

*Carol Harlow*

**DEF. REQ. SCHEDULE CONFERENCE - 3**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington 98136
Telephone: (206) 587-0590
Fax: (206) 587-2388