MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

_____ANTHONY MORAN_____ v. _____CARL AASE, et al._____

THE HONORABLE JOHN W. SEDWICK      CASE NO. __J02-0011 CV (JWS)__

Deputy Clerk                       Official Recorder

_Pam Richter_____              _____

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The court has reviewed the defendant's request for a scheduling conference at docket 55. Based thereon **IT IS ORDERED**:

1. On all documents filed in this case subsequent to this order, the caption shall name as the only defendant, "Estate of Carl Aase."

2. Defendant Estate of Carl Aase shall file an answer not later than December 30, 2005.

3. On or before January 9, 2006, counsel for plaintiff Anthony Moran and defendant Estate of Carl Aase shall confer either by telephone (the court recognizes that plaintiff's counsel resides in Juneau, Alaska and defendant's counsel resides in Seattle, Washington) or in person for the purpose of agreeing on a date for voluntary disclosures which date shall not be later than February 10, 2006, and for the purpose of providing the court with a joint report sufficient to allow the court to prepare a scheduling and planning order.

4. The joint report required by the preceding paragraph shall be filed not later than January 18, 2006.

5. The request for a scheduling conference at docket 55 is **DENIED** without prejudice to including such a request in the joint report, if or some reason the parties cannot agree on suggested deadlines for pre-trial activities.

DATE: __December 16, 2005__

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]

56