**FILED**

DEC 2 7 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

Shane Carew, P.S.
5450 California Avenue S.W.
Suite 101
Seattle, WA 98136
206.587.0590

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT JUNEAU

ANTHONY MORAN,
    Plaintiff,

vs.

ESTATE OF CARL AASE

    Defendant

CASE NO. J02-011 CV (JWS)

**ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT**

COMES NOW Defendant Estate of Carl Aase, by and through its counsel of record, Shane C. Carew, and hereby responds to the corresponding numbered paragraphs of Plaintiff Anthony Moran's ("Moran") First Amended Complaint and alleges as follows:

1.    Admit.

**DEF. ESTATE OF AASE'S ANSWER - 1**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington 98136
Telephone: (206) 587-0590
Fax: (206) 587-2388

ORIGINAL

58

2. Deny. Carl Aase is deceased. At the time of death, he resided in Des Moines, Washington.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Admit

8. Deny. The "Addendum" document was intended to transfer <u>only</u> the right to participate in the License Limitation Program (50 C.F.R. § 679.4(k)), and specifically did <u>not</u> include any interest whatsoever in defendant Carl Aase's state permits, including crab permit, or Carl Aase's individual fishing quotas.

9. Admit.

10. Admit plaintiff applied for compensation.

11. Deny "the" guidelines for compensation were so limited. Support businesses and processors, for example, did not have to provide proof of landings. The requirements are listed in <u>Compensation Plan: Glacier Bay Commercial Fisheries Compensation Program</u> (September 2001). The eligibility criteria for <u>Individual Permit Holder</u> compensation were: a) current ownership of an Alaska limited entry permit at the time of application; b) proving the individual permit holder landed crab on using his state limited entry crab permit; c) that the crab caught were caught in the waters of Glacier Bay during the years 1989 through 1998. Which boat they were caught on was irrelevant. Plaintiff met none of the criteria.

12. Admit plaintiff Moran submitted material to the Park Service, but deny plaintiff submitted materials which met the requirements of the Park Service.

**DEF. ESTATE OF AASE'S ANSWER - 2**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington 98136
Telephone: (206) 587-0590
Fax: (206) 587-2388

1  Presume, at this point, that plaintiff used the landing history for Carl Aase's limited
2  entry permit, which he presumably obtained from the Commercial Fisheries Entry
3  Commission.
4  13.  Deny Carl Aase sold his state limited entry crab permit or any rights related
5  to his state limited entry crab permit or any compensation for diminution of the right to
6  fish in Glacier Bay using his state crab permit. Deny the landings were "associated"
7  with the NORTHWYN; Carl Aase happened to be on the NORTHWYN when he
8  delivered crab using his personal state limited entry crab permit. The deliveries did
9  not serve to vest the vessel and divest Carl Aase of any rights under the GBCFCP.
10  14.  Admit the Park Service properly awarded Carl Aase compensation as an
11  Individual Permit Holder. Deny it was based upon which vessel the crab was landed
12  on.
13  15.  Admit Carl Aase had caught tanner crab in Glacier Bay. Deny the Individual
14  Permit Holder compensation was for the tanner crab he had already caught. The
15  reason and purpose for the compensation is described in the regulations and in the
16  Compensation Plan, which speak for themselves.
17  16.  Deny.
18  17.  Deny.
19  18.  Deny. The Estate of Carl Aase is entitled to his compensation.
20  19.  Deny.
21  20.  Deny.
22  AND BY WAY OF AFFIRMATIVE DEFENSE, Defendant Carl Aase alleges:
23   1.  Failure to state a claim upon which relief may be granted. There was no
24  agreement to sell either the actual GBCFCB compensation, or the bases for the

**DEF. ESTATE OF AASE'S
ANSWER - 3**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington 98136
Telephone: (206) 587-0590
Fax: (206) 587-2388

1 | Individual Permit Holder compensation at issue. As a matter of law, Carl Aase could
2 | not assign the claim under 31 United States Code § 3727.
3 |     2. Failure to Exhaust Administrative Remedies.
4 | AND BY WAY OF ANSWER TO THE CROSS-CLAIM of the United States of
5 | America, Defendant Carl Aase asserts:
6 |     1. As a result of the Court's order dismissing the government with prejudice, and
7 | depositing the proceeds in the registry of the court, an answer to the allegations of
8 | the government is presumably not required.
9 | AND BY WAY OF FURTHER REQUEST FOR RELIEF, defendant the Estate of Carl
10 | Aase asserts:
11 |     1.    Carl Aase properly applied for and properly was awarded compensation
12 | as an Individual Permit Holder of a state limited entry crab permit. Anthony Moran
13 | has no standing to object to the compensation award to Carl Aase by the Department
14 | of the Interior.
15 |     2.    Which vessel an Individual Permit Holder used when landing crab on a
16 | personal Alaska state limited entry crab permit was not a factor in considering
17 | entitlement to compensation as an Individual Permit Holder.
18 |     3.    The Addendum did not transfer the right to collect compensation under the
19 | GBCFCP on its face, nor did Carl Aase agree orally to transfer the right to collect
20 | compensation under the GBCFCP.
21 |     4.    Anthony Moran did not own an Alaska state limited entry crab permit
22 | during the qualifying years of 1989-1998 which would have permitted him to land
23 | crab in the waters of Glacier Bay.
24 |
25 | **DEF. ESTATE OF AASE'S ANSWER - 4**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington 98136
Telephone: (206) 587-0590
Fax: (206) 587-2388

5. Anthony Moran did not own an Alaska state limited entry crab permit for Tanner crab at the time of applying for the GBCFCP.

6. Anthony Moran did not qualify for compensation as an Individual Permit Holder.

WHEREFORE, defendant Carl Aase prays for the following relief:

1. That plaintiff Moran take nothing by his complaint;

2. That the Court award defendant Estate of Aase its attorneys' fees, expenses, and costs in defending this action;

3. That the Court order the clerk to pay the proceeds that are in the clerk's control over to the Estate of Aase.

Dated this 21st of December, 2005, at Seattle, Washington.

_____
Shane C. Carew
Alaska Bar No. 9407067
Counsel for Defendant
Estate of Aase

### CERTIFICATE OF MAILING

The undersigned certifies that on the 21st of December, 2005, a copy of the foregoing was faxed at 907.463.5858 mailed to Attorney for Plaintiff Bruce Weyhrauch, 114 S. Franklin St., Suite 200, Juneau, AK 99801

_____
Shane Carew

**DEF. ESTATE OF AASE'S ANSWER - 5**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington 98136
Telephone: (206) 587-0590
Fax: (206) 587-2388