TIMOTHY M. BURGESS
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907)271-2344
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANTHONY MORAN, ) | |
| ) | Case No. 1:02-cv-11-JWS |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **UNITED STATES' MOTION** |
| ) | **TO BE REMOVED FROM** |
| CARL AASE, AND ) | **SERVICE LIST** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| DEPARTMENT OF THE INTERIOR, ) | |
| NATIONAL PARK SERVICE, et al., ) | |
| ) | |
| Defendants. ) | |

　　The United States, by Assistant United States Attorney Daniel R. Cooper, Jr., respectfully requests this Court to remove it from the service list. The court

entered final judgment against the United States on October 15, 2003.[1]  Thereafter, the United States was ordered to pay $581,739.08 into the registry of the court,[2] which was done. Any remaining issues in this case do not involve the United States, and therefore there appears to be no further need for the United States to monitor the progress of the case.  Removal of the United States from the service list would be convenient for the parties as they prepare for trial.

    RESPECTFULLY SUBMITTED January 19, 2006, at Anchorage, Alaska.

    TIMOTHY M. BURGESS
    United States Attorney

    s/ Daniel R. Cooper, Jr.
    Assistant U. S. Attorney
    222 West 7th Ave., #9, Rm. 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-3376
    Fax: (907) 271-2344
    E-mail: Daniel.Cooper@usdoj.gov
    AK #8211109

---

[1] Final Judgment, Docket 44, attached hereto as Exhibit A.

[2] Order, Docket 52, attached hereto as Exhibit B.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2006,
a copy of the foregoing United States' Motion
to be Removed from Service List was served
electronically on James N. Reeves and
Bruce B. Weyhrauch and on

Shane C. Carew
Shane Carew, P.S.
5450 California Avenue S.W., Suite 101
Seattle, WA 98136

by regular U. S. mail.


s/ Daniel R. Cooper, Jr.