IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Anthony Moran,

    Plaintiff,

vs.

Carl Aase, and Department of the Interior, National Park Service,

    Defendants.

Case No. J-02-011 CV (JWS)

FILED OCT 5 2003
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

LODGED OCT 1 0 2003

## FINAL JUDGMENT

The Court hereby orders a default judgment in favor of Plaintiff Anthony Moran against Defendant Carl Aase. Pursuant to this default judgment, Mr. Moran has a right to $581,739.08, which are the total funds from the United States Park Service that meet all four of these criteria:

1. funds finally awarded, and held or distributed, under the Glacier Bay Compensation Program;
2. designated for defendant Carl Aase;
3. as a Tanner crab permit holder; and
4. based on landings made from the F/V Northwyn.

The Court hereby orders the National Park Service to pay the above $581,739.08 compensation payment to the registry of the Court, where it will be held until appellate review, if any, of this judgment is final. The United States is then dismissed with

1  prejudice as a party to this case, and is released from all liability to Moran and Aase under
2  the compensation plan.

4  **It is so ordered.**

5  DATED this 15th day of October, 2003.

*[signature]*

8  The Honorable John W. Sedwick
   Federal District Court Judge

MAILED ON  10-15-03

BY  JRR

```
J02-0011--CV (JWS)
-----------------------------------------
B. WEYHRAUCH
S. CAREW
A. RENSCHEN (US-ATTNY)

FINANCE
O & J
```

LAW OFFICE OF
BRUCE B. WEYHRAUCH, LLC
114 S. FRANKLIN ST.
SUITE 200
JUNEAU, ALASKA 99801
TELEPHONE: (907) 463-5566   FAX: (907) 463-5858

---

Final Judgment
Moran v. Aase, et. al., J-02-011 (JWS)

Page 2 of 2