Lodged 1-15-04

FILED

JAN 1 6 2004

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

TIMOTHY M. BURGESS
United States Attorney

RECEIVED
US ATTORNEY OFFICE

'04 JAN 16 PM 4 15

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ANTHONY MORAN, )
) Case No. J02-011 CV (JWS)
)
Plaintiff, )
)
v. )
) **ORDER DIRECTING CLERK TO**
) **INVEST $581,739.08**
CARL AASE, AND ) **COMPENSATION PAYMENT IN**
) **INTEREST-BEARING REGISTRY**
UNITED STATES OF AMERICA, ) **ACCOUNT OF THE COURT**
DEPARTMENT OF THE INTERIOR, )
NATIONAL PARK SERVICE, et al., )
)
Defendants. )

The United States has moved the court to direct the clerk to invest the previously ordered $581,739.08 compensation payment in an interest-bearing registry account of the Court. Plaintiff Anthony Moran was awarded this money pursuant to a default judgment, and his attorney; Bruce Weyrauch, joins in this request.

IT IS ORDERED, the National Park Service will provide a check payable to the United States District Court in the amount of $581,739.08, which sum shall be placed in a 30-day renewable

52

Exhibit B

certificate of deposit at the First National Bank Alaska, Federal Branch, 222 W. 7th Avenue, Anchorage, AK. The clerk shall deduct from income earned on the investment a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

DATED this 16th day of January, 2004.

HONORABLE JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE

MAILED ON   1-16-04

BY _____ PRR

J02-0011--CV (JWS)
-----------------------------------------------
B. WEYHRAUCH
S. CAREW
A. REUSCHEL (US-ATTY)

FINANCE

