IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANTHONY MORAN, ) | |
| ) | Case No. 1:02-cv-11-JWS |
| Plaintiff, ) | |
| v. ) | |
| ) | **[PROPOSED] ORDER** |
| ) | **TO REMOVE THE UNITED** |
| CARL AASE, AND ) | **STATES FROM SERVICE** |
| ) | **LIST** |
| UNITED STATES OF AMERICA, ) | |
| DEPARTMENT OF THE INTERIOR, ) | |
| NATIONAL PARK SERVICE, et al., ) | |
| Defendants. ) | |

The United States has moved the court to remove it from the service list as there is no further need for the United States to monitor the progress of this case.

IT IS ORDERED, that the United States shall be removed from the service list. No further documents shall be sent to the U. S. Attorneys Office.

DATED this _____ day of January, 2006, in Anchorage, Alaska.

_____
HONORABLE JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE