1

2

3  Shane Carew, P.S.
   5450 California Avenue S.W.
   Suite 101
4  Seattle, WA 98136
   Attorney for Defendant
5  Tel: 206.587.0590
   Fax: 206.587.2388
6  shane@carewlaw.com

7

8

9

10

11              **UNITED STATES  DISTRICT COURT**
                **FOR THE DISTRICT OF ALASKA**

12

13  ANTHONY MORAN,                    )
14          Plaintiff,                )
                                      )
15      vs.                           )   CASE NO. J02-011 CV (JWS)
                                      )
16  ESTATE OF AASE,                   )
                                      )
17          Defendants                )
                                      )
18  _____  )

19

20              **RESPONSE OF ESTATE OF AASE TO**
                **UNITED STATES MOTION TO BE REMOVED**
                **FROM SERVICE LIST**

21

22      Defendant the Estate of Aase has no objection to the United States being

23  removed from the Service List so long as this is not construed as a waiver of

24

25  **Moran v. Estate of Aase**                    CAREW LAW OFFICE
                                            5450 California Avenue SW, Suite 101
                                               Seattle, Washington  98136
    **J02-011 CV(JWS - 1**                   Telephone: (206) 587-0590
                                                  Fax: (206) 587-2388

1    defenses against the claim of plaintiff Anthony Moran.  Plaintiff sued Carl Aase, then

2    later joined the United States.

3        The United States was joined, and then dismissed, from this case before

4    defendant the Estate of Aase was permitted to file an answer.  Had the default been

5    set aside at the time of the Carl Aase's motion to set aside, Mr. Aase would have

6    answered not only plaintiff's complaint, but also the cross-claim of the United States.

7        The United States was correct in its Amended Answer when it stated that

8    Moran failed to exhaust his administrative remedies, and therefore the present action

9    was barred.  *United States' Amended Answer and Counter-Claim and Cross-Claim*

10   *for Interpleader*, dkt. 28, p. 3, paragraph 3.

11       The United States raised another defense:  that there was no valid assignment

12   of Carl Aase's claim because the purported assignment had not comported with the

13   Assignment of Claims Act, 31 U.S.C. § 3727.   The Assignment of Claims Act of

14   1940 bars the assignment of claims against the government unless there was strict

15   compliance with certain conditions.   *Atlas Hotels, Inc., et al. v. United States,* 140  F.

16   3d 1245 (9th Cir. 1998).

17        Defendant Estate of Aase has already filed a Rule 12(b)(6) motion to dismiss

18   asserting the same defense as the United States had raised, that is, plaintiff Moran

19   failed to exhaust his administrative remedies by not appealing the denial of his <u>own</u>

20   claim.

21       Defendant has no objection to the United States being removed from the

22   Service List so long as this is not considered a waiver of defendant's right to assert:

23   a) Plaintiff failed to exhaust his administrative remedy; and b) there could be no valid

24   assignment under 31 U.S.C. § 3727.

25   **Moran v. Estate of Aase**

     **J02-011 CV(JWS - 2**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington  98136
Telephone: (206) 587-0590
Fax: (206) 587-2388

Dated this 24th of January, 2006, at Seattle, Washington.

_____
Shane C. Carew
Alaska Bar No. 9407067
Attorney for Defendant
Tel: 206.587.0590
Fax: 206.587.2388
shane@carewlaw.com

## Certificate of Service

Counsel for all parties are registered users of the CM/ECF system, and are therefore served pursuant to Local Rule 5.3.

**Moran v. Estate of Aase**

**J02-011 CV(JWS - 3**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington  98136
Telephone: (206) 587-0590
Fax: (206) 587-2388