James N. Reeves, ABA #7206031
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY MORAN,<br><br>                              Plaintiff,<br><br>vs.<br><br>ESTATE OF CARL AASE,<br><br>                              Defendant. | Case No. J02-011 CV (JWS)<br><br><br>PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME FOR FILING OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7.1 of the

Local Rules of the United States District Court for the District of Alaska, plaintiff moves

the Court for an order extending the time within which plaintiff may file his opposition to

Defendant's Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim (document

#60). Plaintiff's response to the motion was originally to be filed no later than February

6, 2006. Due to unforeseen demands upon plaintiff's counsel's time in other litigation,

including proceedings on a motion for temporary restraining order and preliminary

injunction in the Alaska Superior Court and emergency relief in the Supreme Court,

plaintiff's counsel has been unable to complete the brief in opposition to the motion to

dismiss. Plaintiff requests that the deadline for the filing of the opposition be extended

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Plaintiff's Unopposed Motion to Extend Time for Filing                    Moran v. Estate of Carl Aase
of Opposition to Defendant's Motion to Dismiss
Page 1 of 3                                                              Case No. J02-011 CV (JWS)

by two weeks, so that the opposition may be filed on or before Monday, February 20, 2006.  The undersigned counsel certifies that he has discussed this proposed extension of time with the defendant's counsel Shane Carew and that Mr. Carew has authorized him to state that he does not oppose this motion.

Respectfully submitted this 6th day of February, 2006.

DORSEY & WHITNEY LLP
Attorneys for Plaintiff


By   /s/ James N. Reeves
        James N. Reeves, ABA #7206031
        Dorsey & Whitney LLP
        1031 West Fourth Avenue
        Suite 600
        Anchorage, AK  99501-5907
        (907) 276-4557
        reeves.jim@dorsey.com

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Plaintiff's Unopposed Motion to Extend Time for Filing                    Moran v. Estate of Carl Aase
of Opposition to Defendant's Motion to Dismiss
Page 2 of 3                                                                            Case No. J02-011 CV (JWS)

CERTIFICATE OF SERVICE
This certifies that on the 6th day of February, 2006,
a true and correct copy of the document was served on:

Shane Carew, P.S.
5450 California Avenue S.W.
Suite 101
Seattle, Washington  98136

Bruce Weyhrauch
Law Office of Bruce B. Weyhrauch, LLC
114 S. Franklin Street, Suite 200
Juneau, Alaska  99801

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.


/s/ James N. Reeves
James N. Reeves, ABA #7206031
Dorsey & Whitney LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Plaintiff's Unopposed Motion to Extend Time for Filing                         Moran v. Estate of Carl Aase
of Opposition to Defendant's Motion to Dismiss
Page 3 of 3                                                                     Case No. J02-011 CV (JWS)