James N. Reeves, ABA #7206031
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY MORAN,<br><br>      Plaintiff,<br><br>vs.<br><br>ESTATE OF CARL AASE,<br><br>      Defendant. | Case No. J02-011 CV (JWS)<br><br>PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR <u>EXTENSION OF TIME</u> |

  Upon motion of the plaintiff, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, there being good cause shown and no opposition by the opposing party, the Court hereby orders that the deadline for the filing of the plaintiff's response to the defendant's Motion to Dismiss is extended to February 20, 2006.

DATED:_____

                             Honorable John W. Sedwick
                             United States District Court Judge

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Proposed Order Granting Plaintiff's Motion for Extension of Time            Moran v. Estate of Carl Aase
Page 1 of 2                                              Case No. J02-011 CV (JWS)

CERTIFICATE OF SERVICE

This certifies that on the 6th day of February, 2006,
a true and correct copy of the document was served on:

Shane Carew, P.S.
5450 California Avenue S.W.
Suite 101
Seattle, Washington  98136

Bruce Weyhrauch
Law Office of Bruce B. Weyhrauch, LLC
114 S. Franklin Street, Suite 200
Juneau, Alaska  99801

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

/s/ James N. Reeves
James N. Reeves, ABA #7206031
Dorsey & Whitney LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Proposed Order Granting Plaintiff's Motion for                                    Moran v. Estate of Carl Aase
Extension of Time
Page 2 of 2                                                                       Case No. J02-011 CV (JWS)