James N. Reeves, ABA #7206031
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY MORAN,<br><br>                Plaintiff,<br><br>vs.<br><br>ESTATE OF CARL AASE,<br><br>                Defendant. | Case No. J02-011 CV (JWS)<br><br>GRANTING PLAINTIFF'S MOTION<br>FOR EXTENSION OF TIME |

      Upon motion of the plaintiff, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, there being good cause shown and no opposition by the opposing party, the Court hereby orders that the deadline for the filing of the plaintiff's response to the defendant's Motion to Dismiss is extended to February 20, 2006.

DATED: February 8, 2006

                              /s/
                            Honorable John W. Sedwick
                            United States District Court Judge

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Order Granting Plaintiff's Motion for Extension of Time      Moran v. Estate of Carl Aase
Page 1 of 1      Case No. J02-011 CV (JWS)