## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

***ANTHONY MORAN***                    v.    ***CARL AASE, et al.***

THE HONORABLE JOHN W. SEDWICK            CASE NO. 1:02-cv-00011-JWS

PROCEEDINGS:    **ORDER FROM CHAMBERS**            Date:  February 8, 2006

_____

        The United States' motion to be removed from service list at docket 61 is
**GRANTED**.  This decision has no impact on the defenses which may be litigated by
defendant Estate of Carl Aase.

_____