# PREFERRED MORTGAGE OF VESSEL

*NW Farm Credit Preferred Marine Mortgage*

From _____ F/V ALASKAN SUNSET, INC. _____
(Insert names of mortgagors)

To _____ NORTHWEST FARM CREDIT SERVICES, ACA _____
(Insert names of mortgagees)

**To all to whom these Presents shall come, Greeting:**

Know ye, That _____ F/V ALASKAN SUNSET, INC. _____
(Insert names of mortgagors)

of the ___city___ of P.O. BOX 665, Petersburg, in the State of ___Alaska 99833___,

and ___The Sole___, owner

of the __self propelled__ xxx vessel called the ___NORTHWYN___

of JUNEAU, ALASKA   Official Number: 2 5 0 1 2 1, xxxxxxxx

xxxxxxxxx   xxxxxxxxxxxxxxxx, of the first part, being justly indebted to

NORTHWEST FARM CREDIT SERVICES, ACA   an Agricultural Credit Association organized
(Insert names of mortgagees)

under the Farm Credit Act, as Amended, a citizen of the United States of America,

The Sole Mortgagee/100%

of P.O. BOX 1009, Salem, in the State of ___Oregon 97308___, of the second part, in the

sum of ****ONE HUNDRED FIFTY-EIGHT THOUSAND FOUR HUNDRED FORTY and NO/100s*****dollars
($158,440.00)

upon the terms of that certain Note and Loan Agreement described on page two (2) of

this instrument,

ha__s__, for the purpose of securing the payment of the said debt, and the interest

thereon, granted, bargained, sold, and mortgaged and by these presents do__es__ grant,

successors

bargain, sell, and mortgage unto the said part__y__ of the second part, its _____ executorsx

xadministratorsxand assigns, the whole of said ___self propelled___ xxvessel, together with

all___ of the mast, bowsprit, boat, anchors, cables, chains, rigging, tackle, apparel, furniture, and

all other necessaries thereunto appertaining and belonging. This vessel is not a towboat,

barge, scow, lighter, car float, canal boat or a tank vessel of less than 25 gross tons.

To have and to hold the said ___self propelled___ xxvessel and all the other before-

mentioned appurtenances unto ___it___ the said NORTHWEST FARM CREDIT SERVICES, ACA and

successors
to its ___xexecutorsx xadministratorsxand assigns, to the sole and only proper use, benefit,

and behoof of ___it___ the said ___NORTHWEST FARM CREDIT SERVICES, ACA___

and to its successors xexecutorsx xadministrators, and assigns forever:

PORT OF JUNEAU, ALASKA
this is a true copy as
is by the records of this

6-FEB 1992
Date
Vessel ... Specialist
By Direction of UCMI

PORT OF JUNEAU, ALASKA  6-FEB 1992
Received for Record _____ 10:00 AM
Recorded Book/Instrument ___ PM 92-224

PAGE - Vessel Documentation Specialist

Appendix ___A___
Page ___/___ of ___4___

Provided always, and the condition of these presents is such, that if the said part y____ of the first part, its successors or assigns ~~executors or administrators~~, shall pay or cause to be paid, to the said party____ of the second part, its successors ~~executors, administrators~~ or assigns, the debt aforesaid, with the interest thereon, at the time or times and in the manner following, to wit: IN ACCORDANCE with the terms of that certain Note and Loan Agreement dated January 30, 1992 as described below:

    In accordance with the terms of that Note and Loan Agreement dated January 30th, 1992, in favor of NORTHWEST FARM CREDIT SERVICES, ACA in the original principal amount of $158,440.00 plus advances, interest, expenses and fees as provided for in the Note and Loan Agreement and in the other loan documents executed by:

    F/V ALASKAN SUNSET, INC./CARL E. AASE/SHERYL W. AASE
    P.O.BOX 665
    PETERSBURG, ALASKA  99833

then these presents shall be void and of no effect, subject, however, to the provisions hereinafter contained; and the said party____ of the first part hereby agrees_ to pay the debt aforesaid, and interest thereon, and to fulfill and perform each and every one of the covenants and conditions herein contained.

~~The Maturity Date of the xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~

But if default be made in such payments, or in any one of such payments, or if default be made in the prompt and faithful performance of any of the covenants herein contained, or if the said part y____ of the second part shall at any time deem itself in danger of losing said debt, or any part thereof, by delaying the collection thereof until the expiration of the time above limited for the payment thereof, or if said party____ of the first part shall sell or attempt to sell said property, or any part thereof, or if the same shall be levied upon or taken by virtue of any attachment or execution against said first part____, or if said first party____ shall remove, or attempt to remove, said vessel beyond the limits of the United States, or if said first party____ shall suffer and permit said vessel to be run in debt to an amount exceeding in the aggregate the sum of an amount necessary to maintain the vessel in a seaworthy condition at all times ____, x~~dollars~~,xx or if said first part y____ shall negligently or wilfully permit said property to waste, or be damaged or destroyed, said party____ of the second part is hereby authorized to take possession of said goods, chattels, and personal property at any time, wherever necessary to satisfy the said debt, interest, and reasonable expenses, after first giving a notice of the legal number of days, to be given by publication in some newspaper published in ____Juneau, AK____ _____, and to retain the same out of the proceeds of such sale; the surplus (if any) to belong and to be returned to said part y____ of the first part.

And it is agreed that on such sale the part y____ of the second part, its successors ~~executors, administrators~~ or assigns, may become the purchasers.

Appendix A
Page 2 of 4

PAGE - 2

**And the said** part\_y\_\_\_\_\_ of the first part do\_\_es\_\_\_\_ further covenant and agree, to and with the said part\_y\_\_\_\_\_ of the second part, \_its successors\_x~~executors~~x~~administrators~~x and assigns, that\_\_\_it_____ will immediately procure said\_\_\_\_\_self propelled_____ ~~or~~ vessel to be insured against loss or damage by fire, and against all marine risks and disasters, in some good and responsible insurance company or companies, to be selected and approved by the said part\_y\_\_\_\_\_ of the second part, for an amount at least equal to the amount which shall from time to time remain unpaid upon the said indebtedness and interest thereon, and that\_\_\_it_____ will keep such policy or policies renewed from time to time, and keep the same valid at all times for the amount aforesaid; that\_\_\_it_____ will do, suffer, or permit to be done, no act whereby said insurance would be liable to be vitiated or forfeited, and that\_\_\_\_it_____ will immediately assign and deliver to said second part\_y\_\_\_\_\_ said policy or policies of insurance, having first duly obtained the proper consent of the insurance company or companies to such assignment, and that_____it_____ will also promptly deliver to said second part\_y\_\_\_\_\_ the renewal certificates of said policies as a collateral security for the payment of said indebtedness. And if said first part\_y\_\_\_\_\_ shall fail to immediately renew the same, and deliver the renewal certificates as aforesaid, the said part\_y\_\_\_\_\_ of the second part, \_its successors\_x~~executors~~x~~administrators~~x or assigns,\_\_\_\_is_____ hereby authorized to procure said_____self propelled_____ ~~or~~ vessel to be insured as aforesaid, and to keep the policy or policies renewed; and the amount which\_\_it_____ ha\_s_____ to pay therefor shall be considered, and is hereby declared to be, an additional indebtedness hereby intended to be secured, and shall be repaid to said part\_y\_\_\_\_\_ of the second part, \_its successors\_x~~executors~~x~~administrators~~x or assigns, on demand, and shall bear interest at_____\*_____ percent from the time of such payment until repaid.   \* as per Note & Loan Agreement dated  January 30th, 1992

**And it is hereby provided,** that it shall be lawful for said first part\_y\_its successors & assigns, ~~executors and administrators~~, to retain possession of the property hereby mortgaged, and at\_\_its\_\_ own expense to use and enjoy the same until said indebtedness shall become due, unless said second part\_y\_\_\_\_\_ should at any earlier date declare this mortgage forfeited for nonperformance of any of the covenants herein contained, or by virtue of any authority hereby conferred on said second part\_y\_\_.

**In testimony whereof,**_____it_____ the said \_\_\_\_\_F/V ALASKAN SUNSET, INC. is the sole owner of the vessel described herein and that it_____ ha\_s_____ hereunto set_____its\_\_\_\_\_ hand ~~and seal~~ this\_\_\_31st_____ day of \_\_JAN.\_\_, in the year one thousand nine hundred and\_\_\_\_\_NINETY-TWO (1992)_____

```
                                    F/V ALASKAN SUNSET, INC.  100%
                                    ─────────────────────────────────
                                           The Sole Owner
                                    ✓ Carl E. Aase — pres,
                                    ─────────────────────────────────
                                    BY:  CARL E. AASE, PRESIDENT   :TITLE
```

Appendix  A
Page  3  of  4

STATE OF __WASHINGTON__  }
COUNTY OF __KING__        } ss:    Seattle, Washington,

Be it known, That on this __31st__ day of __January__, 19__92__, personally appeared before me,[2] __CARL E. AASE__ (Name) to me known to be the __PRESIDENT__ (Title) of F/V ALASKAN SUNSET, INC., the corporation thta executed the within and foregoing instrument, and acknowledged the said instrument to be the free and voluntary act and deed of said corporation for the uses and purposes therein mentioned, and on oath stated that he/she was authorized to execute said instrument.

In testimony whereof, I have hereunto set my hand and seal this __31st__ day of __January__ A.D. 19__92__.

[SEAL]    NOTARY PUBLIC in and for the State of WASHINGTON
MY COMMISSION EXPIRES: __10-10-95__

[1] This acknowledgement shall be made to conform to requirements of the law of the locality where made.

PREPARED AND FILED BY:
ALAN L. HANKE CO.
P.O. BOX 537,
KIRKLAND, WASHINGTON

PREFERRED MORTGAGE

ON
NORTHWYN  250121

FROM
F/V ALASKAN SUNSET, INC.

TO
NORTHWEST FARM CREDIT SERVICES, ACA

Office of the Documentation Officer
PORT OF __MARINE INSPECTION ZONE__
Received for record on ____, (Date) at ____ o'clock ____ M, and recorded in Book No. ____, Instrument No. ____

Documentation Officer.

PAGE - 4

907-586-9768

Appendix __A__
Page __4__ of __4__