James N. Reeves, ABA #7206031
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY MORAN,<br><br>                Plaintiff,<br><br>vs.<br><br>ESTATE OF CARL AASE,<br><br>                Defendant. | Case No. J02-011 CV (JWS)<br><br>MOTION FOR LEAVE TO FILE<br>SECOND AMENDED COMPLAINT |

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and the Scheduling and Planning Order entered herein on February 1, 2006 (page 2, paragraph (I)), plaintiff moves the Court for leave to file his Second Amended Complaint in this action.

The purpose of the Second Amended Complaint is to provide a revised and updated statement of plaintiff's claim in light of the changed circumstances since the filing of plaintiff's First Amended Complaint. That pleading was filed prior to the death of original defendant Carl Aase and substitution of the Estate of Carl Aase as the defendant, prior to the deposit of the disputed funds in the Court's registry, and prior to the Court's Order removing the Department of the Interior, National Park Service, from the service list.

A second reason why plaintiff seeks leave to file his Second Amended Complaint

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Motion for Leave to File Second Amended Complaint    Moran v. Estate of Carl Aase
Page 1 of 3    Case No. J02-011 CV (JWS)

is that in its Reply memo dated March 3, 2006, defendant has argued that the legal position presented by the plaintiff in his opposition to the pending motion to dismiss constitutes a new legal argument that is beyond the scope of plaintiff's First Amended Complaint.  Plaintiff disagrees with this narrow characterization of his earlier pleading; however, to avoid any lingering controversy about that procedural argument plaintiff seeks leave to file his Second Amended Complaint that will state his claim and his legal position in the pleading.

The Court's Scheduling and Planning Order entered February 1, 2006, permits the amendments, on motion, on or before Monday, March 13.  The Order provides that any such motion made after that deadline will be granted only upon leave of court and "for good cause shown."  As plaintiff understands this provision of the Order, prior to expiration of the deadline the standard for granting leave to amend is that "leave shall be freely given when justice so requires" as is provided by Rule 15(a).  Justice will be served by allowing plaintiff to file his Second Amended Complaint in order to state in the pleading the legal position he has stated in the briefing on the pending motion to dismiss, which should come as no surprise to the defendant.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Motion for Leave to File Second Amended Complaint                         Moran v. Estate of Carl Aase
Page 2 of 3                                                                Case No. J02-011 CV (JWS)


Respectfully submitted this 13th day of March, 2006.

        DORSEY & WHITNEY LLP
        Attorneys for Plaintiff

        By  /s/ James N. Reeves
           James N. Reeves, ABA #7206031
           Dorsey & Whitney LLP
           1031 West Fourth Avenue
           Suite 600
           Anchorage, AK  99501-5907
           (907) 276-4557
           reeves.jim@dorsey.com

CERTIFICATE OF SERVICE
This certifies that on the 13th day of March, 2006,
a true and correct copy of the document was served on:

Shane Carew, P.S.
5450 California Avenue S.W.
Suite 101
Seattle, Washington  98136

Bruce Weyhrauch
Law Office of Bruce B. Weyhrauch, LLC
114 S. Franklin Street, Suite 200
Juneau, Alaska  99801

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

/s/ James N. Reeves
James N. Reeves, ABA #7206031
Dorsey & Whitney LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557