James N. Reeves, ABA #7206031
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY MORAN,<br><br>     Plaintiff,<br><br>vs.<br><br>ESTATE OF CARL AASE,<br><br>     Defendant. | Case No. J02-011 CV (JWS)<br><br>PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |

  Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and this Court's Scheduling and Planning Order entered on February 1, 2006, the Court hereby grants plaintiff's Motion for Leave to File Second Amended Complaint. The Second Amended Complaint shall be deemed filed as of the date of this Order.

DATED:_____

                     Honorable John W. Sedwick
                     United States District Court Judge

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Proposed Order Granting Plaintiff's Motion for Leave to
File Second Amended Complaint
Page 1 of 2

Moran v. Estate of Carl Aase
Case No. J02-011 CV (JWS)

CERTIFICATE OF SERVICE

This certifies that on the 13th day of March, 2006,
a true and correct copy of the document was served on:

Shane Carew, P.S.
5450 California Avenue S.W.
Suite 101
Seattle, Washington  98136

Bruce Weyhrauch
Law Office of Bruce B. Weyhrauch, LLC
114 S. Franklin Street, Suite 200
Juneau, Alaska  99801

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

/s/ James N. Reeves
James N. Reeves, ABA #7206031
Dorsey & Whitney LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Proposed Order Granting Plaintiff's Motion for Leave to        Moran v. Estate of Carl Aase
File Second Amended Complaint
Page 2 of 2                                                    Case No. J02-011 CV (JWS)