**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| Anthony Moran, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. J-02-011 CV (JWS) |
| | ) |
| Carl Aase, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF WITHDRAW OF CO-COUNSEL**

Plaintiff's counsel, Law Office of Bruce B. Weyhrauch, LLC, provides notice of its

withdraw as co-counsel for the plaintiff, who is presently also represented by Dorsey &

Whitney, and requests that the court remove it from its CFC Notification System for this

case.

DATED this 24th day of March, 2006

**LAW OFFICE OF BRUCE B. WEYHRAUCH, LLC**

By:    /s/ Bruce B. Weyhrauch

Bruce B. Weyhrauch, of Attorneys for Plaintiff

**CERTIFICATE OF FILING AND SERVICE**

The undersigned certifies that on March 24, 2006, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

s/ Bruce B. Weyhrauch