Bruce B. Weyhrauch
Law Office of Bruce B. Weyhrauch, LLC
114 South Franklin St. Suite 200
Juneau, Alaska 99801
Phone: (907) 463-5566
Fax: (907) 463-5858
E-mail: whyrock@gci.net

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Anthony Moran, | ) |
| | ) |
|      Plaintiff, | ) |
| | ) |
| vs. | ) Case No. J-02-011 CV (JWS) |
| | ) |
| Carl Aase, | ) |
| | ) |
|      Defendant. | ) |
| _____ | ) |

### NOTICE OF WITHDRAW OF CO-COUNSEL

Plaintiff's counsel, Law Office of Bruce B. Weyhrauch, LLC, provides notice of its

withdraw as co-counsel for the plaintiff, who is presently also represented by Dorsey &

Whitney, and requests that the court remove it from its CFC Notification System for this

case.  Plaintiff's counsel Dorsey and Whitney does not oppose this withdraw.

DATED this 24th day of March, 2006

**LAW OFFICE OF BRUCE B. WEYHRAUCH, LLC**

By:    /s/ Bruce B. Weyhrauch

Bruce B. Weyhrauch, of Attorneys for Plaintiff
114 South Franklin St. Suite 200

Juneau, Alaska 99801
Phone: (907) 463-5566
Fax: (907) 463-5858
E-mail: whyrock@gci.net
Alaska Bar Number: 8706057

## CERTIFICATE OF FILING AND SERVICE

The undersigned certifies that on March 28, 2006, a copy of the foregoing was filed electronically and that a copy of the foregoing document was served electronically on:

Shane Carew PS
5450 California Ave SW Suite 101
Seattle WA 98136

James Reeves
Dorsey & Whitney LLP
1031 W Fourth Ave Suite 600
Anchorage AK 99501-5907

I understand that notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

s/      Bruce B. Weyhrauch
        114 South Franklin St. Suite 200
        Juneau, Alaska 99801
        Phone: (907) 463-5566
        Fax: (907) 463-5858
        E-mail: whyrock@gci.net
        Alaska Bar Number: 8706057

---