Shane Carew, P.S.
ABA 9407067
5450 California Avenue S.W.
Suite 101
Seattle, WA 98136
Tel: 206.587.0590
Fax: 206.587.2388
shane@carewlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

ANTHONY MORAN,

    Plaintiff,

vs.

ESTATE OF AASE,

    Defendant

CASE NO. J02-011 CV (JWS)

## DECLARATION OF CAREW RE MOTION FOR PARTIAL SUMMARY JUDGMENT ON ISSUE OF "ADDENDUM"

SHANE CAREW declares,

1. I am over the age of 18 and competent to testify. The following testimony is based upon my personal knowledge. I am counsel for the Estate of Carl Aase

2. Exhibit A was produced pursuant to a FOIA request and identified by Mr. Moran at his March 9, 2006 deposition as Mr. Moran's application to the GBCFCP regarding tendering.

3. Exhibit B are true and correct excerpts from the transcript that was e-mailed to me by the court reporter, Jacqueline L. Bellows. I acknowledge that

**Moran v. Estate of Aase**
**Dec. of Carew**
**J02-011 CV(JWS) - 1**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington 98136
Telephone: (206) 587-0590
Fax: (206) 587-2388

plaintiff's time to review the transcript has not expired, but the excerpts attached hereto appear to be accurate based upon my independent recollection and notes.

4. Exhibit C is a printout from the National Park Service website. Exhibit C found at the following address:

http://www.nps.gov/glba/InDepth/learn/preserve/issues/fish/payout/permit-tannerpot.htm

5. Exhibit D is a true and correct excerpt from a deposition taken in an unrelated litigation brought by Mr. Moran against Mr. Aase. The deposition took place on October 28th, 2004 in Juneau. I attended the deposition on behalf of the Estate.

6. Exhibit E was produced pursuant to a FOIA request and identified by Mr. Moran at his March 9, 2006 deposition as his application for Glacier Bay compensation. The attachments to the two-page notarized statement are not included to minimize the number of pages of exhibits.

7. Exhibit F is a copy of counsel's letter dated May 24, 2002 to the National Park Service appealing the agency's denial. The letter was produced pursuant to a FOIA request by the undersigned to the agency.

I DECLARE UNDER PENALTY OF PERJURY ACCORDING TO THE LAWS OF THE STATE OF WASHINGTON THAT THE ABOVE AND FOREGOING IS TRUE AND CORRECT.

Dated this 23rd of March, 2006, at Seattle, Washington.

Shane C. Carew
Alaska Bar No. 9407067

Moran v. Estate of Aase
Dec. of Carew
J02-011 CV(JWS) - 2

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington 98136
Telephone: (206) 587-0590
Fax: (206) 587-2388