# F/V Tacoma Charters

P.O. Box 1191
Petersburg, Alaska 99833

*Tender future Corrected*



907-772-3745
Fax 907-772-3713

    The Tendering business that I own has now become negatively affected by commercial fishing restrictions in Glacier Bay.
    The future for Crab tendering contracts was just reduced directly proportional to the area reduction and quota reduction.
    IF the Crab Permit Buy-back does occur, the amount of boats made available without permits, become available competition for Crab tendering contracts. This becomes a tremendous negative affect on my tendering business by decreasing the value of my vessel and business.
    Enclosed you will find documentation of the tender vessel owned (business). Boat Registration enclosed (business license). Tender contract (proof of daily rate paid).
    The daily rate for tendering is $1,800.00 per day. The Tanner Crab Season lasts between 10-14 days. The lost future revenues would be between $18,000.00-$25,000.00 per year.
    In 1999 my tendering business income was 93 thousand dollars, in 2000 it was 112 thousand, and in 2001 160 thousand showing a growing income. The tendering business is dependent on quota and area to show need by processors for tenders.

I understand and affirm that the statements made by me in this application are in the form of an affidavit and are subscribed and sworn to

Name: Anthony P. Moran

_Signature_ Anthony P. Moran 1/22/02

Dated: 1-22-02

STATE OF ALASKA    )
    )
FIRST JUDICIAL DISTRICT  )

JAN 2 2 2002
Glacier Bay National Park
Juneau Field Office

WITNESS my hand and official seal the day and year in this certificate above written.

_Notary signature_
Notary Public of Alaska
My Commission Expires: 12-04-02

[Notary Seal: LAWLEE A. WEIR, NOTARY PUBLIC, STATE OF ALASKA]

030052

Exhibit A