in this category, the total compensation of $4,539,919 was split between claims for the lost value of permits and lost revenue from fishing.

## Lost Revenue

| Name | Gross Pounds | % of total | Total Compensation |
|---|---|---|---|
| Aase, Carl | 291,067 | 15.75% | $581,739.08 |
| Bean, Victor Sr. | 31,745 | 1.72% | $63,446.93 |
| Breseman, John | 27,913 | 1.51% | $55,788.13 |
| Christensen, Charles | 31,965 | 1.73% | $63,886.63 |
| Denkinger, Troy | 96,240 | 5.21% | $192,349.42 |
| Duncan, Dwight | 22,180 | 1.20% | $44,329.91 |
| Fuglvog, Edwin | 8,495 | 0.46% | $16,978.47 |
| Gregg, Randal | 11,591 | 0.63% | $23,166.27 |
| Gregg, Richard | 35,895 | 1.94% | $71,741.30 |
| Hakala, Ronald | 9,876 | 0.53% | $19,738.60 |
| Hinchman, John Sr. | 44,530 | 2.41% | $88,999.58 |
| Joyce, Bruce | 41,958 | 2.27% | $83,859.07 |
| Kalk, Donald | 11,376 | 0.62% | $22,736.56 |
| Karuza, John | 106,378 | 5.76% | $212,611.67 |
| Kerr, Carl | 39,676 | 2.15% | $79,298.17 |
| Larson, Terry | 13,002 | 0.70% | $25,986.36 |
| MacDonald, Terry | 148,674 | 8.05% | $297,146.28 |
| Martin, James (Al) | 2,560 | 0.14% | $5,116.53 |
| Morin, Allen | 98,096 | 5.31% | $196,058.90 |
| Nelson, Norval E. Jr. | 140,499 | 7.60% | $280,807.37 |
| Nelson, Norval H. Sr. | 22,937 | 1.24% | $45,842.88 |
| O'Neil, Dennis | 3,688 | 0.20% | $7,371.00 |
| Padon, Bradley | 56,190 | 3.04% | $112,303.76 |
| Painter, Larry | 20,515 | 1.11% | $41,002.16 |
| Place, John | 121,502 | 6.58% | $242,839.14 |
| Robinson, Calvin | 68,011 | 3.68% | $135,929.72 |
| Roddy, Peter | 90,851 | 4.92% | $181,578.73 |
| Rosvold, Eric | 146,164 | 7.91% | $292,129.68 |
| Samuelson, Gainhart | 13,558 | 0.73% | $27,097.60 |
| Severson, Mark | 15,779 | 0.85% | $31,536.59 |
| White, Vince | 72,584 | 3.93% | $145,069.52 |
| Wright, Frank Sr. | 2,218 | 0.12% | $4,432.99 |
| Total | 1,847,713 | 100.00% | $3,692,919.00 |

Compensation for lost revenue was distrib…                  ……-lder

Exhibit C