Anthony Moran * 10/28/2004
Moran v. Aase/Elam * J03-027 CV

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF ALASKA AT JUNEAU
 3
 4
 5                                            )
    ANTHONY and SUSAN MORAN,                  )
 6                                            )
                        Plaintiffs,           )
 7                                            )
              vs.                             )
 8                                            )
    CARL AASE and ANGELA ELAM,                )
 9                                            )
                        Defendants.           )
10  _____)
11  Case No. J03-027 CV (RRB)
12
13
14
15
16        VIDEOTAPED DEPOSITION OF ANTHONY P. MORAN
17              Pages 1 through 138, Inclusive
18           Taken:  Thursday, October 28th, 2004
19                 Place:  Juneau, Alaska
20
21
22
23
24
25
```

Page 48

```
 1      A.      I don't know.
 2      Q.      Well --
 3      A.      I assume.
 4      Q.      Based on the agency telling you that there
 5   were dual applications?
 6      A.      Yes.
 7      Q.      Okay.  You have no recollection --
 8   specific recollection of the first conversation.  What
 9   do you remember collectively of the three or four
10   conversations you had with Carl Aase in December 1999?
11      A.      I remember that he wanted a large sum of
12   money for sale of the LLP.
13      Q.      What sum did he want?
14      A.      I think he wanted $35,000.
15      Q.      And your reaction?
16      A.      Was I offered him $3,000.
17      Q.      Okay.  Did he seem upset with your offer?
18      A.      No.
19      Q.      Did Carl at any time seem upset when -- in
20   your conversations in December 1999, did he ever
21   appear to you to have lost his temper or seemed upset?
22      A.      I don't know.  We spoke on the telephone.
23   We never spoke in person.  So I couldn't tell you
24   whether he was upset or not.  It didn't appear on the
25   telephone.
```

```
 1      A.      No, I have no knowledge.
 2      Q.      You've -- was part of your concern about
 3  the danger of Carl Aase -- did you try to put yourself
 4  in Carl Aase's shoes with respect to the transaction
 5  where you say you bought $3,000 -- for $3,000 you
 6  bought $600,000 of the Glacier Bay Compensation
 7  Program?
 8      A.      No.
 9      Q.      Now, let -- at the time of your
10  conversations with Carl Aase in December of 1999, do
11  you have a specific recollection that you did not talk
12  about the Glacier Bay Compensation Program?
13      A.      We did not.
14      Q.      Okay.  But you knew about the Glacier Bay
15  Compensation Program at that time?
16      A.      There was some speculation about Glacier
17  Bay, but there was -- I didn't know anything about it.
18  There was talk -- talk that they were going to close
19  commercial harvest in Glacier Bay, but I didn't know
20  anything about it.
21      Q.      But you understood at that time that if
22  there was going to be a settlement that Carl Aase
23  would be one of the recipients?
24      A.      No, I did not.
25                      MR. CAREW:  Okay.  Did you get my
```