# APPLICATION FOR COMPENSATION FROM THE NATIONAL PARK SERVICE UNDER THE GLACIER BAY COMMERCIAL FISHING COMPENSATION PROGRAM

1. Applicant's Name: Anthony P. Moran.

2. Mailing Address: Box 1191, Petersburg, Alaska 99833.

3. Physical Address: 604 Unimak, Petersburg, Alaska 99833.

4. Telephone Number: (907) 772-3745.

5. Category for which Compensation is being sought: Permit Holder.

6. Fisheries for which compensation is being sought: Tanner crab. A copy of my CFEC permit for red blue brown king pot is attached. I am a current owner of an Alaska limited entry permit.

7. I own a history of commercial fishing in Glacier Bay for the king and tanner crab fisheries that were made between 1989 and 1998.

8. The name of vessel that fished in Glacier Bay during the 1989 - 1998 period and which accumulated the fishing history for king and tanner crab was the F/V NORTHWYN. I now own that vessel and have renamed it the F/V TACOMA.

9. Documentation of the Glacier Bay king and tanner crab harvests in total pounds, and the value of the landings from Glacier Bay, for the above fishing vessel for 1989-98, which is taken from the CFEC landing reports is attached. I am also enclosing copies of logbooks

Application For Compensation From The National Park Service Under The Glacier Bay Commercial Fishing Compensation Program

Page 1 of 2

030062

Exhibit E - 1

from the NORTHWYN that shows that the fishing activity for tanner crab in 1991 and 1992 was in Glacier Bay.

11. The annual Glacier Bay harvest in pounds for each year during the 1989-1998 period for the king and tanner crab fisheries on the Northwyn was as follows:

| Year | | | tanner crab (lbs.) | value ($) |
|---|---|---|---|---|
| 1991 | 0 | 0 | 59437 | 89156 |
| 1992 | 0 | 0 | 87595 | 191833 |
| 1993 | 0 | 0 | 53375 | 97249 |
| 1994 | 0 | 0 | 46940 | 109511 |
| 1995 | 0 | 0 | 30048 | 115084 |
| 1996 | 0 | 0 | 23010 | 48574 |
| 1997 | 5 | 16 | 22573 | 25146 |
| 1998 | 0 | 0 | 17610 | 35889 |

The annual average landing of tanner crab over this period was 42573 pounds and $89055.00.

I affirm that the statements made by me are the truth to the best of my knowledge.

Name: _Anthony P. Moran_
Anthony Moran

Dated: January 28, 2002

JAN 30 2002
Glacier Bay National Park
Juneau Field Office

STATE OF ALASKA   )
                  )
FIRST JUDICIAL DISTRICT  )

WITNESS my hand and official seal the day and year in this certificate above written.

_Lawlee A. Weir_
Notary Public for Alaska
My Commission Expires: 12-04-02

Application For Compensation From The National Park Service       Page 2 of 2
Under The Glacier Bay Commercial Fishing Compensation Program

Exhibit E - 2

030063