Shane Carew, P.S.
ABA 9407067
5450 California Avenue S.W.
Suite 101
Seattle, WA 98136
Tel: 206.587.0590
Fax: 206.587.2388
shane@carewlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

ANTHONY MORAN,                          )
           Plaintiff,          )
                                        )
    vs.                               )    CASE NO. J02-011 CV (JWS)
                                        )
ESTATE OF AASE,                         )
                                        )
        Defendant            )
_____ )

## DECLARATION OF CAREW RE MOTION FOR PARTIAL SUMMARY JUDGMENT ON ISSUE OF SALE OF GBCFCP COMPENSATION AS "APPURTENANCE" OF NORTHWYN

SHANE CAREW declares,

1.      I am over the age of 18 and competent to testify.   The following testimony is based upon my personal knowledge.   I am counsel for the Estate of Carl Aase

2.      I am designating the attached exhibits starting with the letter G so the exhibits do not get confused with the pending motion for partial summary judgment at Docket 72.

**Moran v. Estate of Aase**
**Dec. of Carew**
**J02-011 CV(JWS) - 1**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington  98136
Telephone: (206) 587-0590
Fax: (206) 587-2388

3.      Exhibit G consists of true and correct copies of an excerpt of the Coast Guard Abstract of Title for the vessel TACOMA, ex-NORTHWYN.   It was faxed to me on March 30, 2006 from the United States Coast Guard Vessel Documentation Center.   Page G-1 shows the last bill of sale recorded before the Marshal's sale.   The sale was to F/V Alaskan Sunset, Inc. on March 11, 1987, who was the owner at the time of the Marshal's sale.   Page G-2 shows that on the same date as the bill of sale from the Marshal was recorded (8/30/99) plaintiff also recorded a mortgage for $126,998.00.

4.      Exhibit H is a true and correct copy of a document recently received from a FOIA request to the United States Department of Interior.  It is a letter dated March 20, 2001 denying Anthony Moran's application for a Lifetime Access Permit, which states he did not "provide proof of current State of Alaska commercial fishing permit ownership in the Tanner crab fishery."

5.      Exhibit I is a true and correct copy of a document recently received from a FOIA request to the United States Department of Interior.  It  appears to be a Lifetime Access Permit Application submitted by Anthony Moran.  On its face it states the deadline for submitting the application was October 1, 2000. The deadline for submitting the application for Permit Holder Compensation was fifteen months later, in January, 2001

I DECLARE UNDER PENALTY OF PERJURY ACCORDING TO THE LAWS OF THE STATE OF WASHINGTON THAT THE ABOVE AND FOREGOING IS TRUE AND CORRECT.

**Moran v. Estate of Aase**
**Dec. of Carew**
**J02-011 CV(JWS) - 2**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington  98136
Telephone: (206) 587-0590
Fax: (206) 587-2388

Dated this 31st of March, 2006, at Seattle, Washington.

/s/ _____
Shane C. Carew
Alaska Bar No. 9407067

## CERTIFICATE OF SERVICE

This certifies that on the 31st day of March, 2006, a true and correct copy of the document was served on:

James Reeves
Dorsey & Whitney LLP
1031 W Fourth Ave., Suite 600
Anchorage, AK  99501

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class, regular mail.

/s/ Shane Carew
Shane C. Carew, ABA #9407067
Shane Carew, PS

**Moran v. Estate of Aase**
**Dec. of Carew**
**J02-011 CV(JWS) - 3**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington  98136
Telephone: (206) 587-0590
Fax: (206) 587-2388