# GENERAL INDEX OR ABSTRACT OF TITLE

DEPARTMENT OF TRANSPORTATION
U.S. COAST GUARD
CG-1332 (Rev. 5-82)

CONTINUATION SHEET NO. 3

OMB APPROVED 21-18-0110

250121

(2) ..................
(3) NORTHERN
(4) TACOMA

Page 4 of 9

This vessel was built of _____, in _____, of _____
by _____
or appears by _____

| GRANTOR RECORD AT JUNEAU, AK | GRANTEE | Kind of instrument and part conveyed | Date of instrument and date of maturity | Consideration or amount and/or charge secured | Received for record | Recorded | Time of endorsement and letter or approval of home port | Port where endorsed |
|---|---|---|---|---|---|---|---|---|
| Seattle, Washington | Juneau, Alaska | A/T | | | 30 JUN 87 | 2 JUL 87 3:40 p.m. | AI 21 #272 | 2 JUL 87 |
| Sunset Fisheries, Inc. | F/V Alaskan Sunset, Inc. | B/S All | | | 11 Mar 87 | 2 JUL 87 3:45 p.m. | B5 49 #606 | 2 JUL 87 |
| Incenerate Production Credit Association successor by merger to Northwest Livestock Production Credit Association | Sunset Fisheries, Inc. | Satisfaction All | | $50,000.00 | 25 Mar 85 | 11 Apr 88 9:55am | PM 50/493 | Filed On: 1 May 91 2:59pm Juneau |
| F/V Alaskan Sunset, Inc. | Sunset Fisheries, Inc. | Pref Mtge All | | $24,000.00 | 23 Apr 91 | 7 May 91 8:55am | PM 91/808 | |
| F/V Alaskan Sunset, Inc. | Icicle Seafoods, Inc. | Satisfaction All | | | 15 May 91 | 20 May 91 2:05pm | PM 91/915 | Filed On: 20 May 91 11:56pm Juneau |
| | F/V Alaskan Sunset, Inc. and Irene E. Aase | Pref Mtge All | | $102,609.36 | 08 MAY 91 | 23 SEP 91 3:30pm | PM 91/1575 | Filing Data 20 SEP 91 10:53am Juneau |
| Icicle Seafoods, Inc. | F/V Alaskan Sunset, Inc. | Satisfaction PM 91/808 All | | $26,000.00 | 05 NOV 91 | 14 NOV 91 1:45pm | PM 91/1940 | FILING DATA 12 NOV 91 2:50pm FILED JUNVD |
| F/V Alaskan Sunset, Inc. | Northwest Farm Credit Services, ACA | Pref Mtge All | | $158,440.00 | 31 JAN 92 | 06 FEB 92 10:00am | PM 92/224 | 05 FEB 92 11:22pm JUNVD |
| Olaf H. Aase and Irene E. Aase | Northwest Farm Credit Services, ACA | Subordination PM 91/1575 All | | | 10 FEB 92 | 14 FEB 92 3:25pm | PM 92/287 | 13 FEB 92 11:16am JUNVD |

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1332A (Rev. 6-93) | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 4 | | | OFFICIAL NO. 250121 | |
|---|---|---|---|---|---|
| INSTRUMENT – | % CONVEYED – | DATE – – – | AMOUNT – | BOOK – | PAGE – |
| FILED PORT – | | DATE – – – | | TIME – – – | DATE TERMINATED – – – |
| GRANTOR | | | | | |
| PURSUANT TO ORDER OF U.S. DISTRICT COURT, DISTRICT OF ALASKA, DATED 05/24/99, CASE NO. A98-0397, VESSEL SOLD FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES | | | | | |
| GRANTEE | | | | | |
| N/A | | | | | |
| INSTRUMENT BS | % CONVEYED 100 | DATE 06 22 99 | AMOUNT $25,500.00 | BOOK 99-99 | PAGE 463 |
| FILED PORT NVDC | | DATE 08 30 99 | | TIME 11 20 AM | DATE TERMINATED – – – |
| GRANTOR | | | | | |
| JOHN R. MURPHY, U.S. MARSHALL | | | | | |
| GRANTEE | | | | | |
| ANTHONY MORAN | | | | | |
| INSTRUMENT BS | % CONVEYED 100 | DATE 07 28 99 | AMOUNT $1.00 | BOOK 99-99 | PAGE 464 |
| FILED PORT NVDC | | DATE 08 30 99 | | TIME 11 20 AM | DATE TERMINATED – – – |
| GRANTOR | | | | | |
| ANTHONY MORAN | | | | | |
| GRANTEE | | | | | |
| ANTHONY P. MORAN SUZANNE L. MORAN, JTWROS | | | | | |
| INSTRUMENT PM | % CONVEYED 100 | DATE 07 28 99 | AMOUNT $126,988.00 | BOOK 99-99 | PAGE 465 |
| FILED PORT NVDC | | DATE 08 30 99 | | TIME 11 20 AM | DATE TERMINATED – – – |
| GRANTOR | | | | | |
| ANTHONY P. MORAN SUZANNE L. MORAN | | | | | |
| GRANTEE | | | | | |
| FIRST BANK, P.O. BOX 177, PETERSBURG, AK 99833 | | | | | |

☐ ISSUED AS AN ABSTRACT OF TITLE        ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE:         TIME:
PAGE:    OF    PORT:                                                    DOCUMENTATION OFFICER

PREVIOUS EDITION MAY BE USED                                                    Page 3 of 9
PREVIOUS EDITION MAY BE USED

Exhibit G-2