


**United States Department of the Interior**
NATIONAL PARK SERVICE

Glacier Bay National Park and Preserve
Juneau Field Office
2770 Sherwood Lane, Suite 1
Juneau, Alaska 99801-8545

IN REPLY REFER TO:

1619(b)

March 20, 2001

Anthony Moran
PO Box 1191
Petersburg, AK 99833

Dear Mr. Moran:

I am in receipt of your application for a Lifetime Access Permit (LAP) to fish commercially in the water of Glacier Bay Proper for Tanner crab. Your application has been reviewed and is now being denied, for the following reasons:

1. You have not provided proof of current State of Alaska commercial fishing permit ownership in the Tanner crab fishery. Section 123(a)(2)(A) of the Omnibus Consolidated and Emergency Supplemental Appropriations Act of 1998 (as Amended) states that in order to receive a LAP to fish Glacier Bay Proper one must "hold a valid commercial fishing permit for a fishery in a geographic area that includes the non-wilderness waters of Glacier Bay Proper."

2. You have provided no proof of a qualifying history of commercial fishing in Glacier Bay Proper during the qualifying years. The National Park Service has determined that a qualifying history includes at least three years of commercial fishing in Glacier Bay Proper between 1989 and 1998 for the Salmon Troll and Tanner crab fisheries and two years of commercial fishing between 1992 and 1998 for Halibut (stated in 36 CFR Part 13.65 (a) (4) (ii)).

You may appeal within 180 days of this decision to the Regional Director, Alaska Region 2525 Gambell St. Anchorage, AK 99503.

Sincerely,

Tomie Patrick Lee
Superintendent, Glacier Bay National Park

---

e-mail:  GLBA_comm_fishing@nps.gov           Phone:    (907) 586-7047
Fax:     (907) 586-7078                      Toll Free: (877) 886-8831
         (Glacier Bay Compensation Program) http://www.nps.gov/glba/learn/preserve/issues/fish/

Exhibit H