Oct-03-00 10:31  From-BRUCE WEYHRAUCH        9074635858             T-552  P.04/05  F-758

## LIFETIME ACCESS PERMIT APPLICATION
## FOR COMMERCIAL FISHING IN GLACIER BAY NATIONAL PARK

Pursuant to 36 CFR part 13 as amended on October 20, 1999, regarding commercial fishing in Glacier Bay National Park, the criteria for lifetime access permits are:

- For halibut, landings from Glacier Bay in at least 2 of the years between 1992-1998;

- For Tanner crab and troll salmon landings from Glacier Bay in at least 3 of the years between 1989-1998.

The information requested on this form is necessary to determine eligibility for a lifetime access permit. **The deadline for submitting applications is October 1, 2000.** Lifetime Access Permits will not be required prior to the deadline. However, you are encouraged to submit your applications as soon as possible to avoid delays in processing.

Please provide the following requested information and then send the completed applications to: Superintendent, Attention: Lifetime Access Permit Program, Glacier Bay National Park and Preserve, 2770 Sherwood Lane, Suite 1, Juneau, AK 99801 (Phone: 907-586-7027).

Anthony P. Moran                           01-28-56
(Full name, please print)                  (Date of birth)

PO Box 1141 Psg Alaska 99833               907 772 3745
(Mailing address)                          (Phone number)

I am applying for a lifetime access permit for each fishery indicated:
Tanner Crab __X__    Troll Salmon _____    Halibut _____

Additional information required:

1) A notarized affidavit, sworn by the applicant, attesting to his or her history of participation as a limited permit holder in Glacier Bay, during the qualifying period for each fishery for which a lifetime access permit is being sought (a separate affidavit is required for each fishery.)

2) A copy of the applicant's current State of Alaska limited entry permit and in the case of halibut, a copy of a International Pacific Halibut Commission quota share, that is valid for the area that includes Glacier Bay, for each fishery for which a lifetime access permit is sought.

3) Proof of the applicant's permit* and/or quota share history** for the Glacier Bay fishery during the qualifying period.

Continued on back of page.

Exhibit I-1

Oct-03-02  03:31   From-BRUCE WEYHRAUCH           9074635838            T-598  P 05/05  F-766

4) Documentation of commercial landings* for the Glacier Bay fishery during the qualifying periods. For example, within the statistical unit or area that includes Glacier Bay:
   - for halibut, regulatory sub-area 184;
   - for Tanner crab, statistical areas 114-70 through 114-77;
   - For salmon, the superintendent will consider landing reports from District 114; however, these assertions must be supported by additional documentation which may include affidavits from other fishermen, crewmembers, processors and other corroborating evidence that supports the applicant's declaration of Glacier Bay salmon landings.

   For halibut and Tanner crab, the superintendent may consider documented commercial landings from the unit or area immediately adjacent to Glacier Bay (in Icy Strait, for halibut sub-area 182, for Tanner crab statistical area 114-23) if additional documentation similar to that noted above supports the applicant's declaration that landings occurred in Glacier Bay

5) Any additional corroborating documentation that might assist the superintendent in a timely determination of eligibility for the access permit. (i.e. copies of log book entries, affidavits from other fishermen, crew, etc.)

*Permit history, and landing history for Tanner Crab, Troll Salmon, and Halibut longline can be documented in a single report available from the Commercial Fisheries Entry Commission (CFEC). A notarized Request for Fish Ticket Information, included in this packet, and payment of a $22 fee payable to CFEC, are required to receive this report. Send your request for permit and landing history and fee payment to: CFEC, Attention: Glacier Bay Lifetime Access Permit, 8800 Glacier Highway, #109, Juneau, AK 99801. (Please do not request the report to be sent directly to Glacier Bay National Park. Please submit the report with your application package.)

**Proof of area 2C quota share ownership, for the years 1995 to the present, can be provided by written request from NMFS/RAM, PO Box 21668, Juneau, AK 99802-1668, Attention: Glacier Bay Lifetime Access Permit, or by FAX to (907) 586-7354. To avoid delays in processing your request, please include your name, mailing address, phone number, either IFQ ID number or SSN, and the years you want documented. Pre-IFQ (1992-1994) documentation is available from CFEC, as indicated above.

I understand that all information included in my application will be shared by NPS and ADF&G, but that it will not be used by these organizations for any other purpose than implementation of the commercial fishing lifetime access permit program in Glacier Bay National Park. I further understand that except for information protected from disclosure by the Privacy Act (5 U.S.C. § 552a), that depending upon the type of information, some or all of the information provided could be subject to disclosure under the Freedom of Information Act (5 U.S.C. § 552).

_Anthony P. Mohon_   _10-2-00_
Signed               Date

Exhibit I-2