James N. Reeves, ABA #7206031
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY MORAN,<br><br>            Plaintiff,<br><br>vs.<br><br>ESTATE OF CARL AASE,<br><br>            Defendant. | Case No. J02-011 CV (JWS)<br><br>PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of the United States District Court for the District of Alaska, plaintiff moves the Court for an order extending by one week the time within which plaintiff may file his opposition to Defendant's Motion for Partial Summary Judgment Dismissing the Claim that GBCFCP Rights were Sold with the "Addendum." Plaintiff's response to this motion is due to be filed no later than April 10, 2006. However, defendant filed a second motion for summary judgment on a related matter, the response to which is due on April 17, 2006. In the interest of efficiency and brevity of presentation, plaintiff proposes to submit a single consolidated memorandum responding to both of the two related summary judgment motions on April 17. Counsel believes that this will facilitate a more

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Plaintiff's Unopposed Motion for Extension of Time for                    Moran v. Estate of Carl Aase
Filing of Opposition to Defendant's Motion for
Summary Judgment
Page 1 of 3                                                                                Case No. J02-011 CV (JWS)

efficient presentation of the arguments, which will benefit the Court and opposing counsel.

The undersigned conferred with defendant's counsel Shane Carew regarding this motion and has been authorized by him to inform the Court that defendant does not oppose this motion.

Respectfully submitted this 10th day of April, 2006.

>DORSEY & WHITNEY LLP
>Attorneys for Plaintiff
>
>By   /s/ James N. Reeves
>      James N. Reeves, ABA #7206031
>      Dorsey & Whitney LLP
>      1031 West Fourth Avenue
>      Suite 600
>      Anchorage, AK  99501-5907
>      (907) 276-4557
>      reeves.jim@dorsey.com

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Plaintiff's Unopposed Motion for Extension of Time for Filing of Opposition to Defendant's Motion for Summary Judgment
Page 2 of 3

Moran v. Estate of Carl Aase

Case No. J02-011 CV (JWS)

CERTIFICATE OF SERVICE

This certifies that on the 10th day of April, 2006,
a true and correct copy of the document was served on:

Shane Carew, P.S.
5450 California Avenue S.W.
Suite 101
Seattle, Washington 98136

Bruce Weyhrauch
Law Office of Bruce B. Weyhrauch, LLC
114 S. Franklin Street, Suite 200
Juneau, Alaska 99801

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.


/s/ James N. Reeves
James N. Reeves, ABA #7206031
Dorsey & Whitney LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Plaintiff's Unopposed Motion for Extension of Time for
Filing of Opposition to Defendant's Motion for
Summary Judgment
Page 3 of 3

Moran v. Estate of Carl Aase

Case No. J02-011 CV (JWS)