James N. Reeves, ABA #7206031
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY MORAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>ESTATE OF CARL AASE,<br><br>                    Defendant. | Case No. J02-011 CV (JWS)<br><br>ERRATA |

The proposed order to Plaintiff's Unopposed Motion for Extension of Time for Filing of Opposition to Defendant's Motion for Summary Judgment filed with this Court on April 10, 2006, docket number 81, was inadvertently not attached. Plaintiff attaches the Proposed Order Granting Plaintiff's Unopposed Motion for Extension of Time to this errata.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Errata                                                                                    Moran v. Estate of Carl Aase
Page 1 of 2                                                                               Case No. J02-011 CV (JWS)

Respectfully submitted this 10th day of April, 2006.

    DORSEY & WHITNEY LLP
    Attorneys for Plaintiff


By  /s/ James N. Reeves
    James N. Reeves, ABA #7206031
    Dorsey & Whitney LLP
    1031 West Fourth Avenue
    Suite 600
    Anchorage, AK  99501-5907
    (907) 276-4557
    reeves.jim@dorsey.com

CERTIFICATE OF SERVICE

This certifies that on the 10th day of April, 2006,
a true and correct copy of the document was served on:

Shane Carew, P.S.
5450 California Avenue S.W.
Suite 101
Seattle, Washington  98136

Bruce Weyhrauch
Law Office of Bruce B. Weyhrauch, LLC
114 S. Franklin Street, Suite 200
Juneau, Alaska  99801

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.


/s/ James N. Reeves
James N. Reeves, ABA #7206031
Dorsey & Whitney LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Errata            Moran v. Estate of Carl Aase
Page 2 of 2        Case No. J02-011 CV (JWS)