James N. Reeves, ABA #7206031
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY MORAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>ESTATE OF CARL AASE,<br><br>                    Defendant. | Case No. J02-011 CV (JWS)<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME |

Upon motion of the plaintiff, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, there being good cause shown and no opposition by the opposing party, the Court hereby orders that the deadline for the filing of the plaintiff's responses to the defendant's motions for partial summary judgment [dockets 72 and 79] is extended to **April 17, 2006**.

DATED: 4/12/2006                                        /s/
                                                      Honorable John W. Sedwick
                                                      United States District Court Judge

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Order Granting Plaintiff's Unopposed Motion for                    Moran v. Estate of Carl Aase
Extension of Time
Page 1 of 1                                                        Case No. J02-011 CV (JWS)