James N. Reeves, ABA #7206031
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY MORAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>ESTATE OF CARL AASE,<br><br>                    Defendant. | Case No. J02-011 CV (JWS)<br><br>PLAINTIFF'S PROVISIONAL WITNESS LIST |

Plaintiff identifies the following witnesses whom he may call in the trial in this action. Plaintiff expressly reserves the right to amend or supplement this list if the requirements of the case change as a result of amendment of pleadings or rulings on pending motions.

1. Anthony Moran

2. Any other witness whom plaintiff may deem it necessary to call as a rebuttal witness the identity of whom, or the materiality of whose testimony, becomes apparent as a result of evidence presented in defendants' case-in-chief.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Plaintiff's Provisional Witness List                              Moran v. Estate of Carl Aase
Page 1 of 2                                                       Case No. J02-011 CV (JWS)

Respectfully submitted this 1st day of May, 2006.

DORSEY & WHITNEY LLP
Attorneys for Plaintiff


By   /s/ James N. Reeves
    James N. Reeves, ABA #7206031
    Dorsey & Whitney LLP
    1031 West Fourth Avenue
    Suite 600
    Anchorage, AK  99501-5907
    (907) 276-4557
    reeves.jim@dorsey.com


CERTIFICATE OF SERVICE
This certifies that on the 1st day of May, 2006,
a true and correct copy of the document was served on:

Shane Carew, P.S.
5450 California Avenue S.W.
Suite 101
Seattle, Washington  98136

Bruce Weyhrauch
Law Office of Bruce B. Weyhrauch, LLC
114 S. Franklin Street, Suite 200
Juneau, Alaska  99801

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.


/s/ James N. Reeves
James N. Reeves, ABA #7206031
Dorsey & Whitney LLP


**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Plaintiff's Provisional Witness List                    Moran v. Estate of Carl Aase
Page 2 of 2                                             Case No. J02-011 CV (JWS)