Shane Carew, P.S.
ABA 9407067
5450 California Avenue S.W.
Suite 101
Seattle, WA 98136
Tel: 206.587.0590
Fax: 206.587.2388
shane@carewlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANTHONY MORAN,<br>　　　Plaintiff,<br><br>　　vs.<br><br>ESTATE OF AASE,<br><br>　　　Defendant | )<br>)<br>)<br>)  CASE NO. J02-011 CV (JWS)<br>)<br>)<br>)<br>) |

## DECLARATION OF CAREW RE MOTION FOR RULE 11 SANCTION

SHANE CAREW declares,

　　1.　　I am over the age of 18 and competent to testify. The following testimony is based upon my personal knowledge.

　　2.　　I am counsel for the Estate of Carl Aase. I took the deposition of plaintiff Anthony Moran in Petersburg on March 9, 2006, not 2004 as is indicated in the transcript.

　　3.　　Attached as Exhibit J are true and correct excerpts from the transcript that was e-mailed to me by the court reporter, Jacqueline L. Bellows. I acknowledge that plaintiff's time to review the transcript may not have expired, but the excerpts

1  attached hereto appear to be accurate based upon my independent recollection and
2  notes.
3    4.  On March 16, 2006 I received a response to a FOIA request which
4  produced the National Park Service's documents related to Mr. Moran's application
5  for a Lifetime Access Permit under the Glacier Bay legislation. A copy of the denial is
6  attached to Dkt. 80 as Exhibit H.  The part of the denial relevant to this motion is:
7  "**You have not provided proof of current State of Alaska commercial fishing**
8  **permit ownership in the Tanner crab fishery**…."  National Park Service letter to
9  Anthony Moran, dated March 20, 2001.
10    5.  Defendant has complied with the "safe harbor" provision of Rule 11 by
11 sending a draft pleading setting out the request and grounds for Rule 11 sanction via
12 e-mail and first class mail to Mr. Weyhrauch and Mr. Reeves on April 11th, 2006.
13    6.  On April 28, 2006 the undersigned received a faxed letter from Mr.
14 Weyhrauch setting out his position, and making the proposal to either drop the
15 allegation altogether, or substitute the following:
16
   > The plaintiff submitted information to the Park Service to obtain
   > compensation for the commercial fishing closures in Glacier Bay,
17 > using the landing history of the F/V NORTHWYN that he obtained
   > from the State of Alaska's Commercial Fisheries Entry
18 > Commission.

19   7.  On May 3, 2006 I spoke with Mr. Weyhrauch on the telephone to
20 determine whether he was willing to submit a pleading stating clearly that plaintiff was
21 not entitled to permit holder compensation.  I told Mr. Weyhrauch that defendant
22 rejected his proposal because it didn't go far enough to correct the misrepresentation
23 of the earlier pleadings.  Mr. Weyhrauch, likewise, rejected my proposal.

24
25

Moran v. Estate of Aase  
Dec. of Carew  
J02-011 CV(JWS) - 2

CAREW LAW OFFICE  
5450 California Avenue SW, Suite 101  
Seattle, Washington 98136  
Telephone: (206) 587-0590  
Fax: (206) 587-2388

I DECLARE UNDER PENALTY OF PERJURY ACCORDING TO THE LAWS OF THE STATE OF WASHINGTON THAT THE ABOVE AND FOREGOING IS TRUE AND CORRECT.

Dated this 3rd day of May, 2006, at Seattle, Washington.

/s/   Shane C. Carew
Shane C. Carew
Alaska Bar No. 9407067
Counsel for Defendant
Tel: 206.587.0590
Fax: 206.587.2388
shane@carewlaw.com

## CERTIFICATE OF SERVICE

This certifies that on the 3rd day of May, 2006, a true and correct copy of the document was served on:

Bruce Weyhrauch
Law Office of Bruce Weyhrauch, LLC
114 S Franklin Street, Suite 200
Juneau, AK 99801
whyrock@gci.net

James Reeves
Dorsey & Whitney LLP
1031 W Fourth Ave., Suite 600
Anchorage, AK  99501
reeves.jim@dorsey.com

by electronic means through e-mail and by first class, regular mail.

/s/   Shane C. Carew
Shane C. Carew
5450 California Ave. SW,
#101, Seattle, WA 98136
Phone: (206)587-0590
Fax: (206)587-2388
shane@carewlaw.com
Alaska Bar No. 9407067
Counsel for Defendant

**Moran v. Estate of Aase**
**Dec. of Carew**
**J02-011 CV(JWS) - 3**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington  98136
Telephone: (206) 587-0590
Fax: (206) 587-2388