```
 1   A    I don't think that's a crab permit card.
 2   Q    Okay.  Do you see any attachments that are a CFEC permit
 3        for red, blue, brown, and king crab?
 4   A    No.
 5   Q    Okay.  Now, the statement "I am a current owner of a
 6        Alaska limited entry permit," what did you mean by that?
 7   A    I currently hold a Bristol Bay drift net permit.
 8   Q    So at the time that you were making this application,
 9        you currently owned a Bristol Bay drift gill net permit?
10   A    Yes.
11   Q    It was your understanding that that was relevant to the
12        application here, the fact that you owned a salmon
13        permit in the Bristol Bay somehow entitled you to
14        Glacier Bay compensation; is that right?
15   A    Yes.
16   Q    Was it your understanding that -- I mean, that's a
17        totally different fishery; is that right?
18   A    Yes.
19   Q    Although it is in the state of Alaska.  Okay.
20             What did you base that understanding on?
21             MR. REEVES:  I assume you're speaking of his
22        understanding as of the time of this document?
23   Q    (By Mr. Carew) As of the time of making that
24        application, what did you base that understanding on,
25        that having a Bristol Bay gill net permit somehow
```

| | | |
|---|---|---|
| 1 | | entitles you or helped to entitle you to a Glacier Bay |
| 2 | | compensation? |
| 3 | A | I believe it was by recommendation of my counsel. |
| 4 | | MR. REEVES: I will instruct the witness not |
| 5 | | to disclose the content of the attorney-client |
| 6 | | privileged communications, if there were any. |
| 7 | Q | (By Mr. Carew) Did you, Mr. Moran, ever see something |
| 8 | | called the compensation plan for Glacier Bay Commercial |
| 9 | | Fishing Compensation program? |
| 10 | A | Yes. |
| 11 | Q | Did you happen to review that compensation plan? |
| 12 | A | Yes. |
| 13 | Q | Did you spend -- well, actually, did you draft this |
| 14 | | document? |
| 15 | A | No. |
| 16 | Q | Now, you attached, apparently, copies of logbook pages |
| 17 | | from the time period that the NORTHWYN was being used to |
| 18 | | fish for crab in Glacier Bay; is that correct? |
| 19 | A | Yeah. |
| 20 | Q | Could you understand what the references in the logbook |
| 21 | | pages were to? |
| 22 | A | No. |
| 23 | Q | So let me finish this point. If you didn't own a CFEC |
| 24 | | permit for red, blue, brown, king pot crab, then how |
| 25 | | could you have attached a copy of a permit for the crab? |

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Now, when you made your application to the agency, you |
| 3 | | had -- I'm sorry.  When you had made your application to |
| 4 | | the National Park Service for the compensation, that was |
| 5 | | based upon because you thought that you had purchased |
| 6 | | the fishing rights and not the actual final award; is |
| 7 | | that right? |
| 8 | A | You're going to have to start over with that one. |
| 9 | Q | Well, you made your application to the agency.  You made |
| 10 | | your own application to the agency for compensation; is |
| 11 | | that correct?  Isn't it? |
| 12 | A | I was helped by counsel. |
| 13 | Q | Your understanding was it was based upon the fact that |
| 14 | | you had bought the fishing history of the NORTHWYN; is |
| 15 | | that correct? |
| 16 | A | Yes. |
| 17 | Q | Was your understanding that you had bought fishing |
| 18 | | history and not the final compensation award itself? |
| 19 | A | I don't understand. |
| 20 | Q | There were at least two things -- well, sorry.  There |
| 21 | | were two things that you had to show in order to get |
| 22 | | compensation.  Is that your understanding? |
| 23 | A | I think that's correct. |
| 24 | Q | You had to show that you currently owned a tanner |
| 25 | | permit, correct? |

```
 1        Aase, by certified mail from Petersburg on December 12th
 2        of '01 at Angela Elam's address, that letter of
 3        December 12th, '01?
 4   A    Yes.
 5   Q    So your understanding of his lifetime access with
 6        respect to the Glacier Bay program, it was not monetary
 7        compensation?  This was just for the privilege of
 8        continuing to fish in Glacier Bay; is that right?
 9   A    That's correct.
10   Q    Now, at the time that you sent this to Carl Aase, you
11        intended to apply for the permit holder compensation,
12        did you not?
13   A    That's correct.
14   Q    And actually, by that time you'd already retained
15        counsel to advise you on making application for
16        compensation, hadn't you?
17             MR. REEVES:  Object to the question insofar as
18        it calls upon the witness to disclose the substance
19        of his communication with his lawyer or the reason
20        why he retained a lawyer.  If he retained a lawyer,
21        that's fine.  That's a fact.
22   Q    (By Mr. Carew) As of, well, let's say as of December
23        2001, had you retained a lawyer for the purpose of
24        assisting you in applying for the compensation?
25   A    Yes.
```