Bruce B. Weyhrauch
Law Office of Bruce B. Weyhrauch, LLC
114 South Franklin St. Suite 200
Juneau, Alaska 99801
Phone: (907) 463-5566
Fax: (907) 463-5858
E-mail: whyrock@gci.net

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| Anthony Moran, )<br>)<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>Carl Aase, )<br>)<br>        Defendant. )<br>_____) | Case No. J-02-011 CV (JWS) |

**LIST OF EXHIBITS IN SUPPORT OF OPPOSITION TO
MOTION FOR RULE 11 SANCTIONS**

The following is a list of exhibits submitted in support of Opposition to

Defendant's Motion for Rule 11 Sanctions.

    Exhibit A:  April 5, 2002, letter from the National Park Service to Anthony Moran, denying his direct application for Glacier Bay compensation.

    Exhibit B:  May 6, 2002, complaint, *Moran v Aase* J-02-011.

    Exhibit C:  May 24, 2002, administrative appeal on behalf of Anthony Moran to the National Park Service of the denial of his direct application for Glacier Bay compensation, with a copy of his application attached.

    Exhibit D:  September 11, 2002, first amended complaint, *Moran v Aase*, J-02-011.

Exhibit E:  February 3, 2003, memorandum in support of motion for a judgment based on entry of default, *Moran v Aase*, J-02-011

Exhibit F:  March 17, 2003, letter from the National Park Service to Anthony Moran, finally denying his direct application for Glacier Bay compensation, based on the attached and adopted January 2003 hearing officer's recommended decision rejecting his administrative appeal.

Exhibit G:  April 28, 2006, letter from Bruce Weyhrauch to Shane Carew.

Dated this 15th day of May, 2006.

**LAW OFFICE OF BRUCE B. WEYHRAUCH, LLC**

By:  /s/ Bruce B. Weyhrauch

Bruce B. Weyhrauch, Formerly of Attorneys for Plaintiff
114 South Franklin St. Suite 200
Juneau, Alaska 99801
Phone: (907) 463-5566
Fax: (907) 463-5858
E-mail: whyrock@gci.net
Alaska Bar Number: 8706057

**CERTIFICATE OF FILING AND SERVICE**

The undersigned certifies that on May 15, 2006, a copy of the foregoing was filed electronically and that a copy of the foregoing document was served electronically on:

Shane Carew PS
5450 California Ave SW Suite 101
Seattle WA 98136

James Reeves
Dorsey & Whitney LLP
1031 W Fourth Ave Suite 600
Anchorage AK 99501-5907

I understand that notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

                                                      s/       Bruce B. Weyhrauch
                                                                114 South Franklin St. Suite 200
                                                                Juneau, Alaska 99801
                                                                Phone: (907) 463-5566
                                                                Fax: (907) 463-5858
                                                                E-mail: whyrock@gci.net
                                                                Alaska Bar Number: 8706057