

United States Department of the Interior

NATIONAL PARK SERVICE

Glacier Bay National Park and Preserve
Juneau Field Office
2770 Sherwood Lane, Suite 1
Juneau, Alaska 99801-8545

IN REPLY REFER TO:
N1619(b)

April 5, 2002

Anthony Moran
PO Box 1191
Petersburg, AK  99833

Dear Mr. Moran:

    I am in receipt of your application for compensation as a Tanner Crab pot fishery permit holder, dated January 21, 2002, under the Glacier Bay Compensation Program. Your application has been reviewed and is being denied for the following reason(s):

    You have not provided documentation of Glacier Bay Tanner Crab landings. According to Section V of the Glacier Bay Compensation Plan, you must provide "documentation of your annual Glacier Bay harvest (total) pounds for each fishery for which you are seeking compensation." For the crab fisheries, this means proof of Glacier Bay crab landings.

    While you have provided landing data for the F/V Northwyn, now owned by yourself, you did not make these landings. Only the permit holder of record for these landings is eligible for compensation. In this case, that permit holder is Carl Aase, former owner of the Northwyn. The Glacier Bay Compensation Plan does not have any provisions to compensate applicants based on another individuals harvest history, only your own.

    You may appeal, in writing, within 60 days of the mailing of this letter to: Regional Director, Alaska Region, 2525 Gambell, Anchorage, AK  99503. Included with your request for appeal should be any additional documentation you have to support your application, a written explanation of why you believe the decision to be in error, and whether or not you would like an informal oral hearing.

Sincerely,

Tomie Patrick Lee
Superintendent, Glacier Bay National Park

Exhibit ___A___
Page __1__ of __1__