UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ANTHONY MORAN,
    Plaintiff,

v.

                            Case Number 1:02-cv-00011 JWS

ESTATE OF CARL AASE,
    Defendant.                    **JUDGMENT IN A CIVIL CASE**

_ **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT plaintiff to take nothing from defendant.

APPROVED:

REDACTED SIGNATURE
_____
JOHN W. SEDWICK
United States District Judge

6-2-06
_____
Date

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

IDA ROMACK
_____
Ida Romack, Clerk of Court

[]{JMT2.WPT*Rev.3/03}