Shane Carew, P.S.
ABA 9407067
5450 California Avenue S.W.
Suite 101
Seattle, WA 98136
Tel: 206.587.0590
Fax: 206.587.2388
shane@carewlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

ANTHONY MORAN,

    Plaintiff,

vs.   CASE NO. J02-011 CV (JWS)

ESTATE OF AASE,

    Defendant

## DECLARATION OF CAREW RE COST BILL

SHANE CAREW declares,

1.    I am over the age of 18 and competent to testify. The following testimony is based upon my personal knowledge. Attached documents are true and correct copies of originals.

2.    I am counsel for the Estate of Carl Aase. I took the deposition of plaintiff Anthony Moran in Petersburg on March 9, 2006 in this action. The court reporter's fee was $620.80. The invoice is attached as Exhibit A.

3.    Mr. Moran's deposition was previously taken in a lawsuit he and Mrs. Moran had brought against Carl Aase and Angela Aase Elam claiming "severe

Moran v. Estate of Aase
Dec. of Carew
J02-011 CV(JWS) - 1

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington 98136
Telephone: (206) 587-0590
Fax: (206) 587-2388

emotional distress." *Moran and Moran v. Carl Aase and Angela Elam*, J03-027CV (U.S. District Court for Alaska). It related to a 31 second telephone call between Angela Elam and Suzanne Moran. Mr. Moran's deposition was taken in Juneau on 10/28/04. The Moran's dismissed their lawsuit against Carl Aase while summary judgment was pending. The deposition transcript of Mr. Moran was used as Exhibit D at docket 72 in this action for his testimony that the GBCFCP was never discussed at the time the Addendum was drafted by Mr. Moran and signed by Carl. Court reporter's fees were $202.50 plus $10.12 tax for taking the deposition (Exhibit B) and an additional $599.06 for the written transcript. Exhibit C. Charges for "Video Setup" and "Video Recording" have not been included, because the video was not used.

4. The Coast Guard Abstract of Title for the F/V TACOMA, ex-NORTHWYN was obtained at a cost of $25. Attached Exhibit D. It was used as Exhibit G at docket 79. 28 USC §1920

5. Defendant paid the Department of Interior FOIA request (attached Exhibit E) on 2/19/06 in the amount of $162.03. Documents were used at docket 72 as Exhibit E, Mr. Moran's original application for Glacier Bay compensation and as Exhibit F, Mr. Weyhrauch's letter of appeal regarding the compensation. 28 USC §1920. The full costs should be recoverable as "necessary and reasonable" because the Department of Interior charged for the entire set of documents these two exhibits were drawn from.

6. The total costs requested are $1,619.51.

Moran v. Estate of Aase
Dec. of Carew
J02-011 CV(JWS) - 2

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington 98136
Telephone: (206) 587-0590
Fax: (206) 587-2388

Dated this 12th day of June, 2006.

/s/   Shane C. Carew
Shane C. Carew
5450 California Ave. SW,
#101, Seattle, WA 98136
Phone: (206)587-0590
Fax: (206)587-2388
shane@carewlaw.com
Alaska Bar No. 9407067
Counsel for Defendant

**CERTIFICATE OF SERVICE**

This certifies that on the 12th day of June, 2006, a true and correct copy of the document was served on:

Bruce Weyhrauch
Law Office of Bruce Weyhrauch, LLC
114 S Franklin Street, Suite 200
Juneau, AK 99801
whyrock@gci.net

James Reeves
Dorsey & Whitney LLP
1031 W Fourth Ave., Suite 600
Anchorage, AK  99501
reeves.jim@dorsey.com

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class mail.

/s/   Shane C. Carew
Shane C. Carew
5450 California Ave. SW,
#101, Seattle, WA 98136
Phone: (206)587-0590
Fax: (206)587-2388
shane@carewlaw.com
Alaska Bar No. 9407067
Counsel for Defendant

**Moran v. Estate of Aase**
**Dec. of Carew**
**J02-011 CV(JWS) - 3**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington  98136
Telephone: (206) 587-0590
Fax: (206) 587-2388

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Moran v. Estate of Aase**
**Dec. of Carew**
**J02-011 CV(JWS) - 4**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington  98136
Telephone: (206) 587-0590
Fax: (206) 587-2388