Van Pelt Corbett Bellows
100 S. King St. #360
Seattle, WA 98104

# Invoice

View your invoice online at
www.vanpeltdep.com
Terms: Net 60

| Invoice Date | Invoice # |
|---|---|
| 3/28/2006 | 1033D1 |

Shane Carew
Carew Law Office
5450 California Avenue SW
Suite 101
Seattle, WA 98136-1577

Date:     3/9/2006 9:00:00 AM
Case:     Moran v. Elam
Witness:  Anthony Moran
Case #:   J02-011 CV (JWS)
Reporter: Jacqueline Bellows

| Description | Total |
|---|---|
| Appearance | $227.50 |
| Long Distance Phone Charges | $41.30 |
| E-Transcript (O+1) | $324.00 |
| Witness copy | $20.00 |
| Delivery and Handling | $8.00 |
| Sub Total | $620.80 |
| Payments | $0.00 |
| Balance Due | $620.80 |

Taxpayer Identification 75-3053993

THANK YOU

206-682-9339 ♦ Fax 206-682-9978 ♦ www.vanpeltdep.com ♦ reporters@vanpeltdep.com