

Glacier Stenographic Reporters Inc.
PO Box 32340  Juneau, AK  99803
Ph. 907.789.9028  Fx. 907.789.8076
glaciersteno@gci.net
Tax ID: 92-0167825

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/1/2004 | 1708 |



| BILL TO |
|---|
| Shane Carew, Esq.<br>Attorney at Law<br>Shane Carew, P.S.<br>5450 California Ave SW Ste 101<br>Seattle, WA 98136 |

| DUE DATE |
|---|
| 11/1/2004 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | In re: Moran v. Aase/Elam<br>Case No. J03-027 CV | | | 0.00 |
| Reporter Attendance | Videotape Deposition of:<br>ANTHONY MORAN<br>Taken: 10/28/04 | 4.5 | 45.00 | 202.50T |
| | Transcript not ordered at this time.<br>Estimated cost to order transcript: $585 | | | 0.00 |
| Video Setup | | 1 | 25.00 | 25.00T |
| Video Recording | | 3.5 | 50.00 | 175.00T |
| DVD | | 2 | 25.00 | 50.00T |
| | Reporter: Deborah J. Ojard | | | 0.00 |

Please reference this invoice number on your check.
Payment is due upon receipt.
We accept all major credit cards!

| | |
|---|---|
| Subtotal | 452.50 |
| 5% Tax | 22.63 |
| **Total** | 475.13 |



## Glacier Stenographic Reporters Inc.

Charge Amount  $475.13
Invoice No.  1708

Note: Your credit card statement will reflect a charge from **Master Products**

Date: _____

Company: (Optional) _____

Your Name: _____

Address: _____

City: _____   State: _____   Zip: _____

Phone: _____   Fax: _____

E-mail: _____

Credit Card Company: _____   Exp. Date: _____

Credit Card Number: _____

Name as it appears on credit card: _____

Address where credit card statement is sent (if different): _____

Signature (if available): _____

Special Notes: _____

GLACIER STENOGRAPHIC REPORTERS INC.
P.O. Box 32340  Juneau, AK  99803
PH. 907.789.9028 * FAX 907.789.8076