

Glacier Stenographic Reporters Inc.
PO Box 32340  Juneau, AK  99803
Ph. 907.789.9028  Fx. 907.789.8076
glaciersteno@gci.net
Tax ID: 92-0167825

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/15/2004 | 1754 |



PAID
12/15/04
credit card

### BILL TO

Shane Carew, Esq.
Attorney at Law
Shane Carew, P.S.
5450 California Ave SW Ste 101
Seattle, WA 98136

| DUE DATE |
|---|
| 12/15/2004 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
|  | In re: Moran v. Aase/Elam<br>Case No. J03-027 CV |  |  | 0.00 |
| Transcript O+1 | Video Deposition of Anthony Moran<br>Taken: 10/28/04, Juneau, AK | 138 | 3.90 | 538.20T |
| Securing Signature |  | 1 | 25.00 | 25.00T |
| Postage | plus filing original | 2 | 3.85 | 7.70 |

Please reference this invoice number on your check.
Payment is due upon receipt.
We accept all major credit cards!

| | |
|---|---|
| Subtotal | 570.90 |
| 5% Tax | 28.16 |
| **Total** | 599.06 |