Online Payment
Step 3: Confirm Payment                                                                        1 | 2 | 3

Thank you.
Your transaction has been successfully completed.

**Pay.gov Tracking Information**

Application Name: Abstract of Title Payments
Pay.gov Tracking ID: 24TQ8GAA
Agency Tracking ID: 74015064396
Transaction Date and Time: 03/29/2006 15:17 EST

**Payment Summary**

| Address Information | Account Information | Payment Information |
|---|---|---|
| Account Holder Name: Shane Carew | Card Type: Visa | Payment Amount: $25.00 |
| Billing Address: P.O. Box 16286 | Card Number: ************1415 | Transaction Date and Time: 03/29/2006 15:17 EST |
| Billing Address 2: | Expiration Date: 3 / 2010 | |
| City: Seattle | | |
| State / Province: WA | | |
| Zip / Postal Code: 98116 | | |
| Country: USA | | |