# CAREW LAW OFFICE
Shane Carew, P.S.
5450 California Avenue, S.W., Suite 101
Seattle, WA 98136
Tel: (206) - 587 - 0590
Fax: (206) - 587 - 2388
Toll Free: (800) 928-0590

carol@carewlaw.com

March 13, 2006

U.S. Department of the Interior
Office of the Solicitor
Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508

Re: Payment for copying; Check # 2469 for $162.03

Dear Ms. Adams:

Please find enclosed Mr. Carew's check # 2469 for $162.03 for the copying charges related to our FOIA request. I also enclose your letter to Mr. Carew which outlines the charges.

Very truly yours,

/s/

Carol Harlow
Secretary to Shane Carew

Enclosures (2)

**Shane Carew, P.S.**
5450 California Ave SW, Suite 101
Seattle, WA 98136
(206) 587-0590

BANK OF AMERICA, N.A.
FIFTH AND OLIVE
WASHINGTON

19-2/1250  5504

2469

3/7/2006

PAY TO THE ORDER OF   Dept of the Interior       $ **162.03

One Hundred Sixty-Two and 03/100************************************************************************

DOLLARS

Dept of the Interior

MEMO  Aase

AUTHORIZED SIGNATURE

⑈002469⑈ ⑆125000024⑆ 30894 414⑈

---

Shane Carew, P.S.                                                                2469

Dept of the Interior                              3/7/2006
Client Costs                                                                    162.03

Checking-30894414   Aase                                                        162.03