Shane Carew, P.S.
5450 California Avenue S.W.
Suite 101
Seattle, WA 98136
T: 206.587.0590
F: 206-587-2388
shane@carewlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA
# AT JUNEAU

| | |
|---|---|
| ANTHONY MORAN,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>ESTATE OF AASE<br><br>　　　　Defendant | CASE NO. J02-011 CV (JWS) |

## NOTICE OF HEARING ON COST BILL

TO:  Anthony Moran, Plaintiff;

AND TO:  James Reeves, and Dorsey Whitney, attorneys for Plaintiff

　　　　Please take notice that pursuant to Local Rule 54.1, a hearing on the cost bill will take place at 9:00 a.m. ADT on June 12, 2006 at the Clerk's office before the Clerk, Ida Romack.  Defendant will attend by telephone by calling 907.677.6101. Plaintiff may attend in person.

　　　　Dated this 12th day of June, 2006, at Seattle, Washington.

**NOTICE OF HEARING RE COST BILL - 1**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington  98136
Telephone: (206) 587-0590
Fax: (206) 587-2388

/s/    Shane C. Carew
5450 California Ave. SW,
#101, Seattle, WA 98136
Phone: (206)587-0590
Fax: (206)587-2388
shane@carewlaw.com
Alaska Bar No. 9407067
Counsel for Defendant

## CERTIFICATE OF SERVICE

This certifies that on the 12th day of June, 2006, a true and correct copy of the document was served on:

Bruce Weyhrauch
Law Office of Bruce Weyhrauch, LLC
114 S Franklin Street, Suite 200
Juneau, AK 99801

James Reeves
Dorsey & Whitney LLP
1031 W Fourth Ave., Suite 600
Anchorage, AK  99501

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class, regular mail.

/s/ Shane Carew
Shane C. Carew, ABA #9407067
Shane Carew, PS

**NOTICE OF HEARING RE COST BILL - 2**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington  98136
Telephone: (206) 587-0590
Fax: (206) 587-2388