Shane Carew, P.S.
5450 California Avenue S.W.
Suite 101
Seattle, WA 98136
T: 206.587.0590
F: 206-587-2388
shane@carewlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA
# AT JUNEAU

| | |
|---|---|
| ANTHONY MORAN,<br>        Plaintiff,<br><br>    vs.<br><br>ESTATE OF AASE<br><br>        Defendant | )<br>)<br>)<br>)  CASE NO. J02-011 CV (JWS)<br>)<br>)<br>)<br>)<br>) |

## AMENDED NOTICE OF HEARING ON COST BILL

TO:  Anthony Moran, Plaintiff;

AND TO:  James Reeves, and Dorsey Whitney, attorneys for Plaintiff

Please take notice that pursuant to Local Rule 54.1, a hearing on the cost bill will take place at 9:00 a.m. ADT on June 19, 2006 at the Clerk's office before the Clerk, Ida Romack.  Defendant will attend by telephone by calling 907.677.6101.  Plaintiff may attend in person.  This amends the notice at Docket 99, which erroneously stated the date of the hearing.

Dated this 13th day of June, 2006, at Seattle, Washington.

**AMENDED NOTICE OF HEARING  - 1**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington  98136
Telephone: (206) 587-0590
Fax: (206) 587-2388

1

2  /s/    Shane C. Carew
5450 California Ave. SW,
3  #101, Seattle, WA 98136
Phone: (206)587-0590
4  Fax: (206)587-2388
shane@carewlaw.com
5  Alaska Bar No. 9407067
Counsel for Defendant

6

7

**CERTIFICATE OF SERVICE**

8

9  This certifies that on the 13th day of June, 2006, a true and correct copy of the document was served on:

10  Bruce Weyhrauch
Law Office of Bruce Weyhrauch, LLC
11  114 S Franklin Street, Suite 200
Juneau, AK 99801

12

James Reeves
13  Dorsey & Whitney LLP
1031 W Fourth Ave., Suite 600
14  Anchorage, AK  99501

15  by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class, regular mail.

16

17  /s/ Shane Carew
Shane C. Carew, ABA #9407067
18  Shane Carew, PS

19

20

21

22

23

24

25

**AMENDED NOTICE OF HEARING  - 2**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington  98136
Telephone: (206) 587-0590
Fax: (206) 587-2388