James N. Reeves, ABA #7206031
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY MORAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>ESTATE OF CARL AASE,<br><br>                    Defendant. | Case No. J02-011 CV (JWS)<br><br>PLAINTIFF'S OPPOSITION TO BILL OF COSTS |

Plaintiff opposes the defendant's Bill of Costs submitted June 12, 2006, on the following grounds:

1. Local Rule 54.1(f) prohibits the award of costs for deposition expenses or transcripts absent an order of the Court. The Court did not order the taking of any depositions and has not been asked to authorize the award of costs for any depositions taken. Accordingly, the plaintiff opposes the claim for $620.80 for the court reporter's fee for the deposition taken in this action, the $202.50 (plus $10.12 tax) fees for a deposition in a separate state court action, and the $599.06 for the transcript of the deposition taken in that separate state court action.

2. In addition to the foregoing objection based on Local Rule 54.1(f), plaintiff also objects to the Bill of Costs with respect to the court reporter's fees and the transcript

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Plaintiff's Opposition to Bill of Costs                                              Moran v. Estate of Carl Aase
Page 1 of 2                                                                                   Case No. J02-011 CV (JWS)

relating to the deposition taken in the separate state court action. These were not taken for the purpose of this action.

Respectfully submitted this 15th day of June, 2006.

DORSEY & WHITNEY LLP
Attorneys for Plaintiff

By  /s/ James N. Reeves
    James N. Reeves, ABA #7206031
    Dorsey & Whitney LLP
    1031 West Fourth Avenue
    Suite 600
    Anchorage, AK  99501-5907
    (907) 276-4557
    reeves.jim@dorsey.com

CERTIFICATE OF SERVICE
This certifies that on the 15th day of June, 2006,
a true and correct copy of the document was served on:

Shane Carew, P.S.
5450 California Avenue S.W.
Suite 101
Seattle, Washington  98136

Bruce Weyhrauch
Law Office of Bruce B. Weyhrauch, LLC
114 S. Franklin Street, Suite 200
Juneau, Alaska  99801

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

/s/ James N. Reeves
James N. Reeves, ABA #7206031
Dorsey & Whitney LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Plaintiff's Opposition to Bill of Costs    Moran v. Estate of Carl Aase
Page 2 of 2    Case No. J02-011 CV (JWS)