Shane Carew, P.S.
Attorney for Defendant
5450 California Avenue S.W.
Suite 101
Seattle, WA 98136
Tel: 206.587.0590
Fax: 206.587.2388
shane@carewlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA
# AT JUNEAU

| | |
|---|---|
| ANTHONY MORAN, | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | ) CASE NO. J02-011 CV (JWS) |
| | ) |
| ESTATE OF CARL AASE, | ) |
| | ) |
|     Defendant | ) |

## NOTICE OF FILING PROPOSED ORDER DIRECTING CLERK TO DISBURSE FUNDS

PLEASE TAKE NOTICE: Attached is defendant Estate of Carl Aase's PROPOSED ORDER DIRECTING CLERK TO DISBURSE FUNDS.

/
/
/
/
/

**MORAN v. ESTATE OF AASE**
**J02-011CV (JWS) - 1**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington 98136
Telephone: (206) 587-0590
Fax: (206) 587-2388

Dated this 21st day of June, 2006.

PRESENTED BY:

/s/ *Shane C. Carew*
Shane C. Carew
Alaska Bar No. 9407067
Counsel for Defendant
5450 California Ave. SW, #101
Seattle, WA  98136
Phone: (206) 587-0590
Fax: (206) 587-2388
shane@carewlaw.com

**CERTIFICATE OF SERVICE**

This certifies that on the 21st day of June, 2006, a true and correct copy of the document was served on:

James Reeves
Dorsey & Whitney LLP
1031 W Fourth Ave., Suite 600
Anchorage, AK  99501

Bruce Weyhrauch
Law Office of Bruce Weyhrauch, LLC
114 S Franklin Street, Suite 200
Juneau, AK 99801

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class, regular mail.

/s/ Shane Carew
Shane C. Carew, ABA #9407067
Shane Carew, PS

**MORAN v. ESTATE OF AASE**
**J02-011CV (JWS) - 2**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington  98136
Telephone: (206) 587-0590
Fax: (206) 587-2388