UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ANTHONY MORAN,
    Plaintiff,

v.

    Case Number 1:02-cv-00011 JWS

ESTATE OF CARL AASE,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT plaintiff to take nothing from defendant.

    Total costs taxed for the defendant and against the plaintiff in the amount of $187.03.*

APPROVED

REDACTED SIGNATURE
_____
JOHN W. SEDWICK
United States District Judge

    6-2-06
Date

*Note:* Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.

IDA ROMACK
Ida Romack, Clerk of Court

*Costs added and judgment re-distributed 6/27/06

[] {JMT2.WPT*Rev.3/03}