James N. Reeves, ABA #7206031
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY MORAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>ESTATE OF CARL AASE,<br><br>                    Defendant. | Case No. J02-011 CV (JWS)<br><br>ANTHONY MORAN'S NOTICE OF APPEAL |

    NOTICE IS HEREBY GIVEN that plaintiff Anthony Moran hereby appeals to the United States Court of Appeals for the Ninth Circuit the Judgment entered in this action on June 2, 2006.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Anthony Moran's Notice of Appeal                                                            Moran v. Estate of Carl Aase
Page 1 of 2                                                                                          Case No. J02-011 CV (JWS)

Respectfully submitted this 30th day of June, 2006.

    DORSEY & WHITNEY LLP
    Attorneys for Plaintiff


By  /s/ James N. Reeves
    James N. Reeves, ABA #7206031
    Dorsey & Whitney LLP
    1031 West Fourth Avenue
    Suite 600
    Anchorage, AK  99501-5907
    (907) 276-4557
    reeves.jim@dorsey.com

CERTIFICATE OF SERVICE

This certifies that on the 30th day of June, 2006,
a true and correct copy of the document was served on:

Shane Carew, P.S.
5450 California Avenue S.W.
Suite 101
Seattle, Washington  98136

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

/s/ James N. Reeves
James N. Reeves, ABA #7206031
Dorsey & Whitney LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Anthony Moran's Notice of Appeal      Moran v. Estate of Carl Aase
Page 2 of 2      Case No. J02-011 CV (JWS)