UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ANTHONY MORAN,
    Plaintiff,

v.

Case Number 1:02-cv-00011 JWS

ESTATE OF CARL AASE,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

DOCKETED

\_ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT plaintiff to take nothing from defendant.
    Total costs taxed for the defendant and against the plaintiff in the amount of $187.03.*

APPROVED

REDACTED SIGNATURE
_____
JOHN W. SEDWICK
United States District Judge

_6-2-06_
Date

Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.

IDA ROMACK
_____
Ida Romack, Clerk of Court

*Costs added and judgment re-distributed 6/27/06

[] {JMT2.WPT*Rev.3/03}