James N. Reeves, ABA #7206031
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY MORAN,<br><br>                      Plaintiff,<br><br>vs.<br><br>ESTATE OF CARL AASE,<br><br>                      Defendant. | Case No. J02-011 CV (JWS)<br><br>PLAINTIFF'S MOTION FOR STAY PENDING APPEAL |

      Plaintiff hereby moves the Court pursuant to Rule 62(d) of the Federal Rules of Civil Procedure for entry of an order staying enforcement of the judgment pending the outcome of the appeal filed by plaintiff on June 30, 2006. This motion is supported by a memorandum submitted herewith.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Plaintiff's Motion for Stay Pending Appeal                              Moran v. Estate of Carl Aase
Page 1 of 2                                                                                       Case No. J02-011 CV (JWS)

Respectfully submitted this 10th day of July, 2006.

        DORSEY & WHITNEY LLP
        Attorneys for Plaintiff


        By  /s/ James N. Reeves
           James N. Reeves, ABA #7206031
           Dorsey & Whitney LLP
           1031 West Fourth Avenue
           Suite 600
           Anchorage, AK  99501-5907
           (907) 276-4557
           reeves.jim@dorsey.com

<u>CERTIFICATE OF SERVICE</u>
This certifies that on the 10th day of July, 2006,
a true and correct copy of the document was served on:

Shane Carew, P.S.
5450 California Avenue S.W.
Suite 101
Seattle, Washington  98136


by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.


/s/ James N. Reeves
James N. Reeves, ABA #7206031
Dorsey & Whitney LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Plaintiff's Motion for Stay Pending Appeal        Moran v. Estate of Carl Aase
Page 2 of 2        Case No. J02-011 CV (JWS)