James N. Reeves, ABA #7206031
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY MORAN,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ESTATE OF CARL AASE,<br><br>　　　　　　　Defendant. | Case No. J02-011 CV (JWS)<br><br><br>ORDER GRANTING STAY PENDING APPEAL AND DENYING MOTION FOR RELEASE OF FUNDS |

　　　For the reasons addressed in the briefs submitted by counsel, the Court denies defendant's Motion for Release of Funds and grants plaintiff's Motion for Stay of Enforcement of the Judgment Pending Appeal, subject to defendant's right to apply for an order requiring a supersedeas bond or cash deposit in lieu of appeal in an amount to be determined by the Court.

DATED:_____

　　　　　　　　　　　　　　　　　　　Honorable John W. Sedwick
　　　　　　　　　　　　　　　　　　　United States District Court Judge

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Order Granting Stay Pending Appeal and Denying　　　　　　　　　Moran v. Estate of Carl Aase
Motion for Release of Funds
Page 1 of 2　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. J02-011 CV (JWS)

CERTIFICATE OF SERVICE
This certifies that on the 10th day of July, 2006,
a true and correct copy of the document was served on:

Shane Carew, P.S.
5450 California Avenue S.W.
Suite 101
Seattle, Washington  98136

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

/s/ James N. Reeves
James N. Reeves, ABA #7206031
Dorsey & Whitney LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Order Granting Stay Pending Appeal and Denying                         Moran v. Estate of Carl Aase
Motion for Release of Funds
Page 2 of 2                                                            Case No. J02-011 CV (JWS)