James N. Reeves, ABA #7206031
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

| ANTHONY MORAN, | |
|---|---|
| Plaintiff, | Case No. J02-011 CV (JWS) |
| vs. | NOTICE OF FILING PROPOSED ORDER |
| ESTATE OF CARL AASE, | |
| Defendant. | |

     Plaintiff hereby files the attached Proposed Order Granting Stay Pending Appeal. This order should be substituted for plaintiff's Proposed Order Granting Stay Pending Appeal and Denying Motion for Release of Funds filed with this Court on July 10, 2006.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Respectfully submitted this 12th day of July, 2006.

                                                               DORSEY & WHITNEY LLP
                                                              Attorneys for Plaintiff


                                                          By   /s/ James N. Reeves
                                                                James N. Reeves, ABA #7206031
                                                                Dorsey & Whitney LLP
                                                                1031 West Fourth Avenue
                                                                Suite 600
                                                                Anchorage, AK  99501-5907
                                                                (907) 276-4557
                                                                reeves.jim@dorsey.com

CERTIFICATE OF SERVICE
This certifies that on the 12th day of July, 2006,
a true and correct copy of the document was served on:

Shane Carew, P.S.
5450 California Avenue S.W.
Suite 101
Seattle, Washington  98136


by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.


/s/ James N. Reeves
James N. Reeves, ABA #7206031
Dorsey & Whitney LLP

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Notice of Filing Proposed Order                                                Moran v. Estate of Carl Aase
Page 2 of 2                                                                        Case No. J02-011 CV (JWS)