Shane Carew, P.S.
ABA 9407067
5450 California Avenue S.W.
Suite 101
Seattle, WA 98136
Tel: 206.587.0590
Fax: 206.587.2388
shane@carewlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

ANTHONY MORAN,
    Plaintiff,

vs.

ESTATE OF AASE,
    Defendant

CASE NO. J02-011 CV (JWS)

## DECLARATION OF ELAM RE MOTION FOR STAY

ANGELA ELAM declares,

1. I am over the age of 18 and competent to testify. The following testimony is based upon my personal knowledge. I am personal representative for the Estate of Carl Aase, my father.

2. I am the sole heir of the Estate. I am Carl Aase's only child.

3. I have been married for nine and one-half years to the same person, Bryon Elam. Bryon has been employed 14 years with the same

Moran v. Estate of Aase
Dec. of Elam
J02-011 CV(JWS) - 1

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington 98136
Telephone: (206) 587-0590
Fax: (206) 587-2388

company, since he was 18 years old. We have lived in our house, which we own, for eight years. We have three children. We are not going anywhere.

4. If the funds in the registry of the Court are now released to the Estate, I have no intention of hiding or making unavailable said funds. I am committed to seeing this case through to the very end, and the Estate will remain open until this case is finally concluded.

I DECLARE UNDER PENALTY OF PERJURY ACCORDING TO THE LAWS OF THE STATE OF WASHINGTON THAT THE ABOVE AND FOREGOING IS TRUE AND CORRECT.

Dated this 13th day of July, 2006, at Seattle, Washington.

*Angela M. Elam*
Angela Elam

Moran v. Estate of Aase
Dec. of Elam
J02-011 CV(JWS) - 2

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington 98136
Telephone: (206) 587-0590
Fax: (206) 587-2388