RECEIVED
JUN 2 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES
DISTRICT COURT
District of Alaska
Anchorage Division

# 00128484 - PS
June 29, 2006

| Code | Case # | Qty | Amount |
|---|---|---|---|
| 086900 F | J0-2-11 | | 455.00 CK |

TOTAL→       455.00

FROM: DORSEY & WHITNEY LLP
NOTICE OF APPEAL
1:02-CV-0011