Shane Carew, P.S.
Attorney for Defendant
5450 California Avenue S.W.
Suite 101
Seattle, WA 98136
Tel: 206.587.0590
Fax: 206.587.2388
shane@carewlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA
# AT JUNEAU

| | |
|---|---|
| ANTHONY MORAN, <br>     Plaintiff, <br><br> vs. <br><br> ESTATE OF CARL AASE, <br>     Defendant | ) <br> ) <br> ) <br> ) CASE NO. J02-011 CV (JWS) <br> ) <br> ) <br> ) <br> ) |

## PARTIAL WAIVER OF OBJECTION TO MOTION FOR STAY AND FOR SUPERCEDEAS BOND, AND STIPULATION OF DEFENDANT

Plaintiff has asked the Court to establish an amount for a supercedeas bond, pursuant to Fed.R.Civ.Pro. 62(d), to stay the execution of judgment that has been entered against the plaintiff.  The money judgment entered against the plaintiff is in the amount of $187.03, which is for costs awarded.   Defendant previously objected to the motion for stay, but now waives, in part, its objection.

**MORAN v. ESTATE OF AASE**
**J02-011CV (JWS) - 1**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington  98136
Telephone: (206) 587-0590
Fax: (206) 587-2388

1  Comes now Defendant Estate of Carl Aase, by and through its counsel of
2  record Shane Carew, and hereby stipulates that the Estate will not execute on its
3  money judgment against plaintiff for said costs until such time as the appeal is
4  decided or dismissed, thereby saving Plaintiff the cost and effort of filing a
5  supercedeas bond pursuant to Fed.R.Civ.Pro. 62(d).  Plaintiff waives its right for a
6  supercedeas bond to secure the money judgment.
7  This stipulation is without prejudice to the Estate's right to receive the funds
8  held in the registry of the Court because the present case was essentially a
9  declaratory action to quiet title, and the stay is discretionary upon a proper showing
10 by plaintiff. The judgment bound neither party to pay any money to the other, but
11 merely adjudicated their rights.  Plaintiff is therefore not entitled to enjoin the release
12 of the funds as a matter of right under Rule 62(d), because Plaintiff failed to show
13 probability of success on appeal or irreparable harm.
14  Dated this 21st day of July, 2006.

  /s/   Shane C. Carew
  SHANE C. CAREW, Alaska Bar No. 9407067
  Attorney for Defendant Estate of Aase
  5450 California Ave. SW, #101
  Seattle, WA  98136
  shane@carewlaw.com

**MORAN v. ESTATE OF AASE**
**J02-011CV (JWS) - 2**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington  98136
Telephone: (206) 587-0590
Fax: (206) 587-2388

**CERTIFICATE OF SERVICE**

This certifies that on the 21st day of July, 2006, a true and correct copy of the document was served on:

Bruce Weyhrauch
Law Office of Bruce Weyhrauch, LLC
114 S Franklin Street, Suite 200
Juneau, AK 99801
whyrock@gci.net

James Reeves
Dorsey & Whitney LLP
1031 W Fourth Ave., Suite 600
Anchorage, AK  99501
reeves.jim@dorsey.com

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class, regular mail.

**MORAN v. ESTATE OF AASE**
**J02-011CV (JWS) - 3**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
Seattle, Washington  98136
Telephone: (206) 587-0590
Fax: (206) 587-2388