UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT JUNEAU

ANTHONY MORAN,       )
      Plaintiff,   )
                     )
vs.                  )  CASE NO. J02-011 CV (JWS)
                     )
ESTATE OF CARL AASE, )
                     )
      Defendant.   )
_____)

**ORDER DIRECTING CLERK TO DISBURSE FUNDS**

In the order at docket 121, the court directed the Clerk of Court to disburse certain funds in the Registry of the court. The Clerk shall do so in conformity with this order.

Pursuant to Local Rule 67.2, the clerk shall note the following:

1. The payee shall be "Estate of Carl Aase";
2. The payee is not the depositor of the funds;
3. The party entitled to the accumulated interest is the Estate of Carl Aase;
4. The Estate's taxpayer identification number is 65-6457171;
5. The Estate's address is "c/o Shane Carew, P.S., 5450 California Avenue SW, Suite 101, Seattle, WA 98136."

The Clerk shall disburse the entire amount of principal plus interest ($597,563.45 as of July 23, 2006), less an amount the clerk shall deduct as

**MORAN v. ESTATE OF AASE**
**J02-011CV (JWS) - 1**

1  a fee from the income earned on the investment.  Said fee shall not exceed

2  that amount set by the Director of the Administrative Office.

3       The Clerk will deliver a copy of this order to the private institution

4  where the deposit was made, that is, First National Bank of Alaska, Federal

5  Branch, Anchorage, Alaska.

6       Done this 31st day of July 2006.

7

8                                  /s/
                              JOHN W. SEDWICK
9                    UNITED STATES DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**MORAN v. ESTATE OF AASE**
**J02-011CV (JWS) - 2**