UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
OCT 23 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| ANTHONY MORAN, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> ESTATE OF CARL AASE, <br><br> Defendant - Appellee. | No. 06-35666 <br><br> D.C. No. CV-02-00011-JWS <br> District of Alaska, <br> Juneau <br><br> ORDER |

**RECEIVED**
OCT 30 2006
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

Before: Peter L. Shaw, Appellate Commissioner

Appellee's opposed motion to dismiss is denied.

Appellant's motion to extend the briefing schedule is granted. The opening brief is due November 20, 2006; the answering brief is due December 20, 2006; and the optional reply brief is due 14 days after service of the answering brief.

Court records shall be amended to reflect that William J. Evans, Esq., of Dorsey and Whitney, LLP, located at 1031 West Fourth Avenue, Suite 600, Anchorage, Alaska 99501-5907, is counsel for the appellant.

**REDACTED SIGNATURE**
General Order 6.3(e)

promo commissioner 10.16.06\lbs