

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DEC 13 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

---

ANTHONY MORAN,

    Plaintiff - Appellant,

v.

ESTATE OF CARL AASE,

    Defendant - Appellee.

---

No. 06-35666

D.C. No. CV-02-00011-JWS
District of Alaska,
Juneau

ORDER

**RECEIVED**
DEC 18 2006
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

Appellant's unopposed motion for voluntary dismissal of the case under Federal Rule of Appellate Procedure 42(b) is granted.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 13 2006

by: _____
   Deputy Clerk

Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10

pro 12.11

**SCANNED**